UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORP., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP.; CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR DISPLAY CORP; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; KONINKLIJKE PHILIPS ELECTRONICS N.V. (aka ROYAL PHILIPS ELECTRONICS N.V. or ROYAL PHILIPS ELECTRONICS INC.); LG DISPLAY CO., LTD.; LG DISPLAY AMERICA, INC.; LG ELECTRONICS, INC.; LG ELECTRONICS U.S.A., INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH; PHILIPS ELECTRONICS NORTH AMERICA CORP.; SAMSUNG ELECTRONICS CO.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC.; TOSHIBA CORP.; TOSHIBA AMERICA | No. 2:10-cv-01939 <br><br> PRAECIPE |

PRAECIPE – 1
No. 2:10-cv-01939

29040-0244/LEGAL19700265.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

ELECTRONIC COMPONENTS, INC.;
TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.; TOSHIBA MOBILE
DISPLAY CO.,

Defendants.

Plaintiff Costco Wholesale Corporation respectfully submits this praecipe to file the Summons to the Complaint which was filed on November 30, 2010. While filing the Complaint on November 30, 2010, the ECF system kicked us out of the program prior to attaching the Summons. A copy of the Summons is attached hereto.

DATED: December 1, 2010

s/ David J. Burman, WSBA No. 10611
DBurman@perkinscoie.com
Cori G. Moore, WSBA No. 28649
CGMoore@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:   206.359.8000
Facsimile:    206.359.9000

Attorneys for Plaintiff
Costco Wholesale Corp.

CORPORATE DISCLOSURE STATEMENT – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

29040-0244/LEGAL19700265.1