1  David J. Burman (admitted *pro hac vice*)
   DBurman@perkinscoie.com
2  Cori G. Moore (admitted *pro hac vice*)
   CGMoore@perkinscoie.com
3  Troy P. Sauro, Bar No. 224097
   TSauro@perkinscoie.com
4  Noah G. Purcell (admitted *pro hac vice*)
   NPurcell@perkinscoie.com
5  PERKINS COIE LLP
   4 Embarcadero Center, Suite 2400
6  San Francisco, CA 94111
   Telephone: 415.344.7000
7  Facsimile: 415.344.7302
8
9  Attorneys for Plaintiff
   Costco Wholesale Corporation
10

11              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12                SAN FRANCISCO DIVISION

13 | IN RE: TFT-LCD (FLAT PANEL) | Master File No. M:07-1827 SI
   | ANTITRUST LITIGATION |
14 | | MDL No. 1827
   | This Document Relates to Individual Case No. |
15 | 3:11-00058-SI |

16 | COSTCO WHOLESALE CORPORATION, | Individual Case No.:  3:11-cv-00058-SI
17 |                Plaintiff, | STIPULATION AND [PROPOSED]
18 |          v. | ORDER REGARDING SERVICE AND
                                              SCHEDULING
19 | AU OPTRONICS CORPORATION; et al., | **Clerk's Action Required**
20 |                Defendants. |
21

22                    **I. STIPULATION**

23     WHEREAS, plaintiff Costco Wholesale Corporation ("Costco") filed the above-

24 captioned lawsuit on November 30, 2010;

25     WHEREAS, the Clerk of the United States Judicial Panel on Multidistrict Litigation

26 issued a Conditional Transfer Order (CTI-10) transferring this lawsuit under 28 U.S.C. § 1407 to

27

the Northern District of California, subject to the consent of that court, assigned to the Honorable Susan Yvonne Illston.

WHEREAS, Costco wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulating Defendants desire a reasonable amount of time to respond to Costco's Complaint;

WHEREAS, Costco and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Costco, on the one hand, and defendants AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Corp.; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics, USA, Inc.; CMO Japan Co., Ltd.; Epson Electronics America, Inc.; Epson Imaging Devices Corporation; HannStar Display Corporation; Hitachi, Ltd.; Hitachi Display, Ltd.; Hitachi Electronic Devices (USA), Inc.; LG Display Co., Ltd.; LG Display America, Inc.; Nexgen Mediatech USA, Inc.; Nexgen Mediatech, Inc.; Samsung Electronics Company; Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.; Sharp Corporation; Sharp Electronics Corporation; Tatung Company of America, Inc.; Toshiba Corporation; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc.; and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants") on the other hand, as follows:

1.   Stipulating Defendants waive service of Costco's Complaint under Federal Rule of Civil Procedure 4(d).

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-2-

2.      Stipulating Defendants will have ninety (90) days following the execution of this stipulation, to move against, answer or otherwise respond to Costco's Complaint.  In computing this time period, Rule 6 of the Federal Rules of Civil Procedure shall govern.

3.      Costco and Stipulating Defendants agree to the following briefing schedule for any motion or motions to dismiss Costco's Complaint (the "Motions") and agree to file all motions or proposed orders as necessary to implement the agreed-upon schedule.  To the extent the Court does not accept all or any part of the proposed schedule, Costco and Stipulating Defendants agree to work in good faith to establish a briefing schedule for the Motions acceptable to all parties and the Court to replace that set forth below:

a.      Costco will have forty-five (45) days from the date that defendants move, answer or otherwise respond to Costco's complaint to file any response(s) to the Motions.

b.      Stipulating Defendants will have twenty-one (21) days from the date that Costco files any response(s) to the Motions to file any reply brief(s) to the Motions.

c.      The hearing on the Motions will be noticed for a date that is within at least ten (10) days following the date for filing of any reply brief(s) to the Motions.

4.      Except as set forth above, all Local Rules shall remain in effect with respect to the briefing on the Motions.  Entering into this stipulation does not effect a waiver of any defense under Federal Rule of Civil Procedure 12.  This stipulation does not constitute a waiver of any challenge to personal jurisdiction by any Defendant.

IT IS SO STIPULATED:

DATED this 23rd day of February, 2011.

1

PERKINS COIE LLP

2

By:   */s/ Troy Sauro*
          Troy Sauro

3

4

Troy Sauro (CA SBN 224097)
Four Embarcadero Center

5

Suite 2400
San Francisco, CA  94111-4131

6

Tel:  (415) 344-7000
Fax:  (415) 344-7050

7

tsauro@perkinscoie.com

8

David J. Burman (*pro hac vice*)
Cori Gordon Moore (*pro hac vice*)

9

1201 Third Avenue, 40th Floor
Seattle, WA  98101

10

Tel:  (206) 359-8000
Fax:  (206) 359-9000

11

dburman@perkinscoie.com
cgmoore@perkinscoie.com

12

Attorneys for Plaintiff Costco Wholesale

13

Corporation

14

*Attorneys for Plaintiff Costco Wholesale Corporation*

15

NOSSAMAN LLP

16

By:   */s/ Christopher A. Nedeau*

17

          Christopher A. Nedeau

18

Christopher A. Nedeau (CA SBN 81297)
Carl L. Blumenstein (CA SBN 124158)

19

Allison M. Dibley (CA SBN 213104)
50 California Street, 34th Floor

20

San Francisco, CA  94111
Tel:  (415) 398-3600

21

Fax:  (415) 398-2438
cnedeau@nossaman.com

22

cblumenstein@nossaman.com
adibley@nossaman.com

23

24

*Attorneys for Defendants AU Optronics Corporation*
*and AU Optronics Corporation America*

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-4-

1
2

WILMER CUTLER PICKERING HALE AND
DORR LLP

3

By:   /s/ Nathan L. Walker
        Nathan L. Walker

4
5

Nathan L. Walker (CA SBN 206128)
950 Page Mill Road
Palo Alto, CA 94304

6

Tel:  (650) 858-6000
Fax:  (650) 858-6100

7

nathan.walker@wilmerhale.com

8

Steven F. Cherry (*pro hac vice*)
Adam M. Raviv (*pro hac vice*)

9

1875 Pennsylvania Avenue, NW
Washington, DC 20006

10

Tel:  (202) 663-6000
Fax:  (202) 663-6363

11

steven.cherry@wilmerhale.com
adam.raviv@wilmerhale.com

12
13
14

*Attorneys for Chi Mei Corporation, Chimei Innolux*
*Corporation f/k/a Chi Mei Optoelectronics*
*Corporation, Chi Mei Optoelectronics, USA, Inc.,*
*CMO Japan Co., Ltd., Nexgen Mediatech USA, Inc.,*
*and Nexgen Mediatech, Inc.*

15

MORRISON & FOERSTER LLP

16
17

By:   /s/ Stephen P. Freccero
        Stephen P. Freccero

18
19

Melvin R. Goldman (CA SBN 34097)
Stephen P. Freccero (CA SBN 131093)
Derek F. Foran (CA SBN 224569)

20

425 Market Street
San Francisco, CA 94105

21

Tel.:  (415) 268-7000
Fax:  (415) 268-7522

22

mgoldman@mofo.com
sfreccero@mofo.com

23

dforan@mofo.com

24
25

*Attorneys for Defendants Epson Imaging Devices*
*Corporation and Epson Electronics America, Inc.*

26
27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)
-5-

1    K&L GATES LLP

2
     By:___/s/ Ramona M. Emerson_____
3        Ramona M. Emerson

4        Hugh F. Bangasser (*pro hac vice*)
         Ramona M. Emerson (*pro hac vice*)
5        Christopher Wyant (*pro hac vice*)
         925 Fourth Avenue, Suite 2900
6        Seattle, WA  98104
         Tel.:  (206) 623-7580
7        Fax:  (206) 623-7022
         hugh.bangasser@klgates.com
8        ramona.emerson@klgates.com
         chris.wyant@klgates.com
9
         Jeffrey L. Bornstein (CA SBN 99358)
10       Four Embarcadero Center, Suite 1200
         San Francisco, CA  94111-5994
11       Tel.:  (415) 882-8040
         Fax:  (415) 882-8220
12
     *Attorneys for Defendant HannStar Display*
13   *Corporation*

14       MORGAN, LEWIS & BOCKIUS LLP

15
     By:___/s/ Kent M. Roger_____
16       Kent M. Roger

17       Kent M. Roger (CA SBN 95987)
         One Market
18       Spear Street Tower
         San Francisco, CA  94105
19       Tel.:  (415) 442-1000
         Fax:  (415) 442-1001
20       kroger@morganlewis.com

21   *Attorneys for Defendants Hitachi Electronic Devices*
     *(USA), Inc., Hitachi, Ltd., and Hitachi Display, Ltd.*
22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-6-

1
2

CLEARY GOTTLIEB STEEN & HAMILTON LLP

3

By:    /s/ Jeremy J. Calsyn
Jeremy J. Calsyn

4
5

Michael R. Lazerwitz (*pro hac vice*)
Jeremy J. Calsyn (CA SBN 205062)

6

Lee F. Berger (CA SBN 222756)
2000 Pennsylvania Avenue NW

7

Washington, DC 20006
Tel.:  (202) 974-1500

8

Fax:  (202) 974-1999
mlazerwitz@cgsh.com

9

jcalsyn@cgsh.com
 lberger@cgsh.com

10

*Attorneys for Defendants LG Display Co., Ltd. and
LG Display America, Inc.*

11
12

COVINGTON & BURLING LLP

13
14

By:    /s/ Simon J. Frankel
Simon J. Frankel

15

Simon J. Frankel (CA SBN 171552)
Jeffrey M. Davidson (CA SBN 248620)

16

One Front Street, 35th Floor
San Francisco, CA 94111

17

Tel.:  (415) 591-6000
Fax:  (415) 591-6091

18

sfrankel@cov.com
jdavidson@cov.com

19
20

*Attorneys for Defendants Samsung Electronics Co.,
Samsung Semiconductor, Inc., and Samsung
Electronics America, Inc.*

21
22
23
24
25
26
27

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
SCHEDULING – 3:11-cv-00058 (Master File No. 07-md-1827)

-7-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PILLSBURY WINTHROP SHAW PITTMAN LLP


By:   */s/ John M. Grenfell*
     John M. Grenfell

     John M. Grenfell (CA SBN 88500)
     Jacob R. Sorensen (CA SBN 209134)
     Fusae Nara (pro hac vice)
     Andrew D. Lanphere (CA SBN 191479)
     50 Fremont Street
     San Francisco, CA 94105
     Tel.:  (415) 983-1000
     Fax:  (415) 983-1200
     john.grenfell@pillsburylaw.com
     jake.sorensen@pillsburylaw.com
     fusae.nara@pillsburylaw.com
     andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation*

GIBSON DUNN & CRUTCHER LLP


By:   */s/ Rachel S. Brass*
     Rachel S. Brass

     Rachel S. Brass (CA SBN 219301)
     Gibson, Dunn & Crutcher LLP
     555 Mission Street
     San Francisco, CA 94105-2933
     Tel:  (415) 393-8293
     Fax:  (415) 374-8429
     RBrass@gibsondunn.com

*Attorneys for Tatung Company of America, Inc.*

WHITE & CASE LLP

By:  _/s/ John H. Chung_
    John H. Chung

John H. Chung (pro hac vice)
1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 819-8200
Fax:  (212) 354-8113
jchung@whitecase.com

Christopher M. Curran (pro hac vice)
Kristen J. McAhren (pro hac vice)
701 Thirteenth Street, NW
Washington, DC 20005
Tel:  (202) 626-3600
Fax:  (202) 639-9355
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America Electronic Components, Inc.,*
*Toshiba Mobile Display Co., Ltd., and Toshiba*
*America Information Systems, Inc.*

The filer of this document attests that the concurrence of the other signatories has been obtained.

## II. ORDER

IT IS SO ORDERED.
               12th      May         2011
DATED this ___ day of _____, _____.

_____
Hon. SUSAN ILLSTON