IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To: | No. C 11-0058 SI |
| COSTCO WHOLESALE CORPORATION,<br>Plaintiff,<br>v.<br>AU OPTRONICS CORPORATION, *et al.*,<br>Defendants. | **ORDER VACATING HEARING RE MOTIONS TO DISMISS AND/OR ARBITRATE COSTCO COMPLAINT** |

Currently before the Court are two motions filed by defendants in this direct action by Costco: defendants' joint motion to dismiss Costco's complaint and defendants' joint motion to compel arbitration. Both motions are scheduled for hearing on August 26, 2011, at 9:00 a.m. Pursuant to Civil Local Rule 7-1(b), the Court finds the matters appropriate for disposition without oral argument and therefore VACATES the hearings. Orders addressing the merits of both motions will follow shortly.

**IT IS SO ORDERED.**

Dated: August 24, 2011

SUSAN ILLSTON
United States District Judge