PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN M. GRENFELL (CA State Bar No. 88500)
john.grenfell@pillsburylaw.com
JACOB R. SORENSEN (CA State Bar No. 209134)
jake.sorensen@pillsburylaw.com
FUSAE NARA (*pro hac vice*)
fusae.nara@pillsburylaw.com
ANDREW D. LANPHERE (CA State Bar No. 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To<br>Case No. 3:11-cv-00058-SI<br>COSTCO WHOLESALE CORPORATION,<br>   Plaintiff,<br>   v.<br>AU OPTRONICS CORPORATION, et al.<br>   Defendants. | **STIPULATION AND [PROPOSED] ORDER TO STAY CLAIMS AGAINST SAMSUNG, SHARP, AND TOSHIBA DEFENDANTS** |

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Sharp Corporation and Sharp Electronics Corporation; Samsung Electronics America, Inc., Samsung Electronics Company, and Samsung Semiconductor, Inc.; and Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co. (collectively, "Stipulating Defendants") hereby stipulate as follows:

## STIPULATION

WHEREAS on September 9, 2011 the Court issued an order compelling arbitration of Costco's claims against Stipulating Defendants;

WHEREAS on September 29, 2011 Costco filed an Amended Complaint, naming Stipulating Defendants among the defendants;

WHEREAS on October 11, 2011, Costco filed a demand for arbitration with the American Arbitration Association, naming as respondents the Stipulating Defendants;

NOW, THEREFORE, Costco and the Stipulating Defendants, through their undersigned respective counsel, stipulate and request that the Court order as follows:

1. Costco's claims against the Stipulating Defendants are stayed pending the completion of the arbitration, pursuant to section 3 of the Federal Arbitration Act, 9 U.S.C. § 3;

2. The Stipulating Defendants need not respond to Costco's Amended Complaint.

IT IS SO STIPULATED.

Dated: October 17, 2011.

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | JOHN M. GRENFELL |
| | JACOB R. SORENSEN |
| 3 | FUSAE NARA |
| | ANDREW D. LANPHERE |
| 4 | 50 Fremont Street |
| 5 | San Francisco, CA 94105 |

By: _____/s/ Jacob R. Sorensen_____
        Jacob R. Sorensen

Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION

WHITE & CASE LLP
CHRISTOPHER M. CURRAN
KRISTEN J. MCAHREN
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

By: _____/s/ Kristen J. McAhren_____
        Kristen J. McAhren

Attorneys for Defendants TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA MOBILE DISPLAY CO.

| | |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | ROBERT D. WICK |
|   | DEREK LUDWIN |
| 3 | THEODORE P. METZLER |
|   | 1201 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004 |
| 5 | Telephone: (202) 662-6000 |
|   | Facsimile: (202) 662-6291 |
| 6 | |
| 7 | By: _____/s/ Theodore P. Metzler_____ |
|   | Theodore P. Metzler |
| 8 | |
| 9 | Attorneys for Defendants SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS CO., LTD. |
| 10 | |
| 11 | |
| 12 | PERKINS COIE LLP |
|   | DAVID J. BURMAN |
| 13 | CORI G. MOORE |
|   | 1201 Third Ave, Suite 4800 |
| 14 | Seattle, WA 98101 |
| 15 | Telephone (206) 359-8000 |
|   | Facsimile: (206) 359-9000 |
| 16 | |
| 17 | By: _____/s/ Cori G. Moore_____ |
|   | Cori G. Moore |
| 18 | |
| 19 | Attorneys for Plaintiff COSTCO WHOLESALE CORPORATION |
| 20 | |
| 21 | SO ORDERED: /s/ Susan Illston |
| 22 | _____ |
|   | The Honorable Susan Illston |
| 23 | District Court Judge |
| 24 | 10/18/11 |
|   | _____ |
|   | Date Entered |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-named parties.