1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  STEPHEN P. FRECCERO (CA SBN 131093)
   SFreccero@mofo.com
3  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7

   Attorneys for Defendants
8  SEIKO EPSON CORPORATION, EPSON IMAGING
   DEVICES CORPORATION AND EPSON ELECTRONICS
9  AMERICA, INC.

10 [Additional counsel listed on signature page.]

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

| 14 | IN RE: LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
|---|---|---|
| 15 | | Case No. 09-cv-1115<br>Case No. 09-cv-4997 |
| 16 | This Document Relates to: | Case No. 10-cv-4572 |
| 17 | ATS Claim, LLC v. Epson Electronics America, Inc., et al., Case No. 09-cv-1115 | Case No. 11-cv-0058<br>Case No. 10-cv-1064<br>Case No. 10-cv-5452 |
| 18 | AT&T Mobility LLC et al v. AU Optronics Corporation et al., Case No. 09-cv-4997 | Case No. 10-cv-0117<br>Case No. 09-cv-5840<br>Case No. 09-cv-5609 |
| 19 | | |
| 20 | Best Buy Co., Inc., et al. v. AU Optronics Corporation et al. Case No. 10-cv-4572 | Case No. 10-cv-4945<br>Case No. 10-cv-3205<br>Case No. 10-cv-3619 |
| 21 | Costco Wholesale Corporation v. AU Optronics Corporation, et al., Case No. 11-cv-0058 | Case No. 10-cv-3517 |
| 22 | | **STIPULATION REGARDING DISCOVERY AS TO THE AUTHENTICITY OF DOCUMENTS AND THEIR STATUS AS "BUSINESS RECORDS"** |
| 23 | Dell Inc. et al. v. Sharp Corporation et al., Case No. 10-cv-1064 | |
| 24 | | |
| 25 | Eastman Kodak Company v. Epson Imaging Devices Corporation et al., Case No. 10-cv-5452 | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al., Case No. 10-cv-0117 |
| 2 | |
| 3 | Motorola, Inc. v. AU Optronics Corporation et al., Case No. 09-cv-5840 |
| 4 | |
| 5 | Nokia Corporation, et al v. AU Optronics Corporation et al., Case No. 09-cv-5609 |
| 6 | Target Corp. et al. v. AU Optronics Corporation et al., Case No. 10-cv-4945 |
| 7 | |
| 8 | TracFone Wireless, Inc. v. AU Optronics Corporation et al., Case No. 10-cv-3205 |
| 9 | State of Missouri, et al. v. AU Optronics Corporation et al., Case No. 10-cv-3619 |
| 10 | |
| 11 | State of Florida v. AU Optronics Corporation et al., Case No. 10-cv-3517 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    WHEREAS, the parties wish to cooperate in developing an efficient means of addressing

2    the authenticity and status as business records of documents in the Direct Action Plaintiff and

3    Attorney General cases referenced above;

4    WHEREAS, the parties also wish to avoid the costs and burdens of discovery requests and

5    depositions necessary to establish the authenticity and status as business records of documents,

6    and with that end in mind, the parties are negotiating in good faith a stipulation regarding the

7    authenticity and status as business records of documents for use in the Direct Action Plaintiff and

8    Attorney General cases referenced above;

9    WHEREAS, the Court has set a fact discovery cut-off applicable to the Direct Action

10   Plaintiff and Attorney General cases referenced above of December 8, 2011;

11   WHEREAS, given the number of parties and documents the parties contemplate they will

12   need additional time to agree on the terms of a stipulation regarding the authenticity and status as

13   business records of documents for use in the Direct Action Plaintiff and Attorney General cases

14   referenced above;

15   NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on

16   behalf of the parties identified below (the "Stipulating Parties"), that in the event the parties are

17   unable to agree on a stipulation regarding the authenticity and status as business records of

18   documents for use in the Direct Action Plaintiff and Attorney General cases, referenced above, or

19   if the parties are unable to agree on the authenticity and status as business records of individual

20   documents, the Stipulating Parties may, nonetheless, proceed with discovery related to the

21   authentication and status as business records of documents for use in the foregoing actions

22   beyond the date currently set for the close of fact discovery. This stipulation does not extend the

23   discovery cut-off for any other discovery proceedings.

24   ///

25   ///

26   ///

27   ///

28

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Jason C. Murray |

CROWELL & MORING LLP
Jason C. Murray
Joshua Stokes
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750
Fax: (213) 622-2690

CROWELL & MORING LLP
Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
1001 Pennsylvania Avenue, N.W.
Washington D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

*Counsel for Plaintiffs AT&T Mobility LLC, et al.; Motorola Mobility Inc.; and Target Corp., et al.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ David P. Germaine |

VANEK VICKERS & MASINI P.C.
David Germaine
111 S. Wacker, Suite 4050
Chicago, IL. 60606
Tel: (312) 224-1500
Fax: (312) 224-1510

*Counsel for Plaintiff ATS Claim, LLC*

| | | |
|---|---|---|
| 1 | Dated: November 3, 2011 | By: /s/ David Martinez |
| 2 | | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 3 | | Roman M. Silberfeld<br>David Martinez |
| 4 | | 2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067-3208 |
| 5 | | Tel: (310) 552-0130<br>Fax: (310) 229-5800 |
| 6 | | |
| 7 | | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>Elliot S. Kaplan (pro hac vice) |
| 8 | | K. Craig Wildfang (pro hac vice)<br>Lauren E. Wood (pro hac vice) |
| 9 | | 800 LaSalle Avenue<br>2800 LaSalle Plaza |
| 10 | | Minneapolis, MN 55402<br>Tel: (612) 349-8500 |
| 11 | | Fax: (612) 339-4181 |
| 12 | | *Counsel for Plaintiffs Best Buy Co., et al.* |
| 13 | Dated: November 3, 2011 | By: /s/ Cori G. Moore |
| 14 | | PERKINS COIE LLP |
| 15 | | David J. Burman<br>Cori G. Moore |
| 16 | | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 |
| 17 | | Tel: (206) 359-8000<br>Fax: (206) 359-9000 |
| 18 | | *Counsel for Plaintiff Costco Wholesale Corporation* |
| 19 | | |
| 20 | Dated: November 3, 2011 | By: /s/ Debra D. Bernstein |
| 21 | | ALSTON + BIRD LLP |
| 22 | | Michael P. Kenny<br>Debra D. Bernstein |
| 23 | | Rodney J. Ganske<br>1201 West Peachtree Street |
| 24 | | Atlanta, GA 30309-3424<br>Tel: (404) 881-7000 |
| 25 | | Fax: (404) 881-7777 |
| 26 | | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ John R. Foote |

NIXON PEABODY LLC
Karl D. Belgum
John R. Foote
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

*Counsel for Plaintiff Eastman Kodak*

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ William A. Isaacson |

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (pro hac vice)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

BOIS, SCHILLER & FLEXNER LLP
Philip J. Iovieno (pro hac vice)
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600
(518) 434-0665

BOIS, SCHILLER & FLEXNER LLP
Laura J. McKay
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460

*Counsel for Plaintiffs Electrograph Systems, Inc., et al.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ B. Parker Miller |

ALSTON + BIRD LLP
Randall Allen
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Tel: (650) 838-2000
Fax: (650) 838-2001

ALSTON + BIRD LLP
Peter Kontio
Valarie C. Williams
B. Parker Miller
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs Nokia Corporation and Nokia Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ David B. Esau |

CARLTON FIELDS, P.A.
James B. Baldinger *(pro hac vice)*
Robert L. Ciotti *(pro hac vice)*
David B. Esau *(pro hac vice)*
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

*Counsel for Plaintiff TracFone Wireless, Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Anne E. Schneider |

ATTORNEY GENERAL OF MISSOURI
Chris Koster
Anne E. Schneider *(pro hac vice)*
Andrew M. Hartnett *(pro hac vice)*
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-3321
Fax: (573) 751-2041

*Counsel for Plaintiff State of Missouri*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ David A. Curran |

ATTORNEY GENERAL OF ARKANSAS
David A. Curran (*pro hac vice*)
323 Center Street, Suite 500
Little Rock, AR 72201
Tel: (501) 682-2007
Fax: (501) 682-8118

*Counsel for Plaintiff State of Arkansas*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ M. Elizabeth Lippitt |

ATTORNEY GENERAL OF MICHIGAN
Bill Schuette (*pro hac vice*)
M. Elizabeth Lippitt (*pro hac vice*)
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI 48933
Tel: (517) 373-1160
Fax: (517) 335-1935

*Counsel for Plaintiff State of Michigan*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Douglas L. Davis |

ATTORNEY GENERAL OF WEST VIRGINIA
Darrell McGraw
Jill L. Miles (*pro hac vice*)
Douglas L. Davis (*pro hac vice*)
West Virginia Attorney General Office
812 Quarrier St., First Floor
Jefferson City, MO 65102
Tel: (304) 558-8986
Fax: (304) 558-0184

*Counsel for Plaintiff State of West Virginia*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Gwendolyn J. Cooley |

ATTORNEY GENERAL OF WISCONSIN
J.P. Van Hollen
Gwendolyn J. Cooley (*pro hac vice*)
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
Tel: (608) 261-5810
Fax: (608) 267-2778

*Counsel for Plaintiff State of Wisconsin*

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ Lizbeth A. Brady |
| | OFFICE OF THE ATTORNEY GENERAL |
| | STATE OF FLORIDA |
| | R. Scott Palmer |
| | Lizbeth A. Brady |
| | Nicholas Weilhammer |
| | Eli Friedman |
| | PL-01, The Capitol |
| | Tallahassee, FL 32399-1050 |
| | Tel: (850) 414-3300 |
| | Fax: (850) 488-9134 |
| | *Counsel for Plaintiff State of Florida* |

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ James A. Nickovich |

NOSSAMAN LLP
Christopher A. Nedeau, Esq.
Carl L. Blumenstein, Esq.
Allison M. Dibley, Esq.
James A. Nickovich, Esq.
50 California Street, 34th Floor
San Francisco, CA 94111
Tel: (415) 398-3600
Fax: (415) 398-2438

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Harrison J. Frahn IV |

SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

DAVIS POLK & WARDWELL LLP
Christopher B. Hockett
Neal A. Potischman
Sandra West
1600 El Camino Real
Menlo Park, CA 94205
Tel: (650) 752-2000
Fax: (650) 752-2111

*Counsel for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc.*

| | | |
|---|---|---|
| 1 | Dated: November 3, 2011 | By:    /s/ Joel Sanders |

GIBSON, DUNN & CRUTCHER LLP
Joel Sanders, Esq.
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 986-5309

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America for Cases Nos. 10-cv-4573, 11-cv-0058, 09-cv-5609, and 10-cv-4945*

Dated: November 3, 2011    By:    /s/ Ramona M. Emerson

K&L GATES LLP
Hugh F. Bangasser, Esq.
Ramona M. Emerson, Esq.
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022

*Counsel for Defendants HannStar Display Corporation*

Dated: November 3, 2011    By:    /s/ Kent M. Roger

MORGAN, LEWIS & BOCKIUS LLP
Kent M. Roger
Herman J. Hoying
One Market, Spear Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Michael R. Lazerwitz |

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Michael R. Lazerwitz, Esq.
Lee F. Berger, Esq.
Kelsey W. Shannon, Esq.
2000 Pennsylvania Avenue N.W.
Washington, DC 20006
Tel: (202) 974-1500
Fax: (202) 974-1999

PAUL HASTINGS LLP
Holly A. House (SB# 136045)
Kevin C. McCann (SB# 120874)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Tel: (415) 856-7000
Fax: (415) 856-7100

*Counsel for Defendants LG Display America, Inc. and LG Display Co., Ltd.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Michael E. Mumford |

BAKER HOSTETLER LLP
Ernest E. Vargo, Esq.
Paul P. Eyre, Esq.
Michael E. Mumford, Esq.
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114
Tel: (216) 621-0200
Fax: (216) 696-0740

*Counsel for Defendants Mitsui & Co. (Taiwan), Limited*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Brendan P. Cullen |

SULLIVAN & CROMWELL LLP
Garrard R. Beeney, Esq.
Theodore Edelman, Esq.
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

Brendan P. Cullen, Esq.
Shawn J. Lichaa, Esq.
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650)461-5600
Fax: (650) 461-5745

*Counsel for Defendants Philips Electronics North America Corporation*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Jeffrey Davidson |

COVINGTON & BURLING LLP
Timothy C. Hester, Esq.
Robert D. Wick, Esq.
Derek Ludwin, Esq.
Jeffrey Davidson, Esq.
One Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
Fax: (415) 591-6091

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Allison A. Davis |

DAVIS WRIGHT TREMAINE LLP
Allison A. Davis, Esq.
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Tel: (415) 276-6500
Fax: (415) 276-6599

DAVIS WRIGHT TREMAINE LLP
Nick S. Verwolf, Esq.
777 108th Avenue N.E., Suite 2300
Bellevue, WA 98004
Tel: (425) 646-6100
Fax: (425) 646-6199

*Counsel for Defendants Sanyo Consumer Electronics Co., Ltd.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Tyler M. Cunningham |

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Gary L. Halling
James L. Mcginnis
Michael W. Scarborough
Mona Solouki
Tyler M. Cunningham
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Tel: (415) 434-9100
Fax: (415) 434-3947

*Counsel for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Derek F. Foran |

MORRISON & FOERSTER LLP
Melvin Goldman
Stephen P. Freccero
Derek F. Foran
425 Market Street
San Francisco, California 94105-2482
Tel: (415) 268-7000
Fax: (415) 268-7522

*Counsel for Defendants Seiko Epson Corporation, Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Jacob R. Sorensen |

PILLSBURY WINTHROP SHAW PITTMAN LLP
Jacob R. Sorensen, Esq.
50 Fremont Street, 5th Floor
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

BINGHAM MCCUTCHEN LLP
Colin West, Esq.
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000
Fax: (415) 393-2286

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Patrick J. Ahern |

BAKER & MCKENZIE
Patrick J. Ahern, Esq.
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-8000
Fax: (312) 861-2899

*Counsel for Defendant Tatung Company of America, Inc.*

| | | |
|---|---|---|
| Dated: November 3, 2011 | By: | /s/ Kristen J. McAhren |

WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: 11/4/11

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Derek Foran, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 3, 2011      By: /s/ Derek F. Foran
                                  Derek F. Foran