CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>*AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058<br><br>*Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-5452<br><br>*Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117<br><br>*Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840<br><br>*Target Corp. et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4945<br><br>*TracFone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3205 | **STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING AUO DEPOSITIONS** |

*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-3619

*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517

Direct Action Plaintiffs and State Attorney Generals ("Plaintiffs") and Defendants AUO Optronics Corporation and AUO Optronics Corporation of America (collectively, "AUO") hereby stipulate as follows:

WHEREAS a superseding indictment was returned on June 10, 2010 against AUO, among others, in Case No. CR-09-0110-SI ("the Criminal Case"), and a jury trial is presently scheduled to commence in that action on January 9, 2012;

WHEREAS on July 5, 2011 the Special Master entered an order (Dkt. No. 3025) in the related class actions cases that, among other things, permitted the class plaintiffs to take depositions of certain witnesses after the conclusion of the Criminal Case;

WHEREAS on July 14, 2011 the Court entered an order (Dkt. No. 3110) that, among other things, set a December 8, 2011 cut-off for percipient discovery for certain Direct Action Plaintiff and State Attorney General cases specified therein;

WHEREAS Plaintiffs have advised AUO that they wish to schedule and take the depositions of the following ten individuals: S.I. Jeong, Claire Liu, Rigianna Wen, Morris Wong, David Su, Jason Chien, Frank Hsu, Arthur Chen, Richard Bai and Paul Peng;

WHEREAS Plaintiff Eastman Kodak Company has noticed the Deposition of AUO pursuant to Rule 30(b)(6) for December 6, 2011 ("AUO 30(b)(6) Deposition");

WHEREAS AUO has advised Plaintiffs that Morris Wong, Jason Chien, and David Su are no longer employed by AUO and that AUO is unable to require that those individuals appear for deposition;

WHEREAS David Su is currently employed as the president of an AUO subsidiary, and Plaintiffs disagree with AUO's refusal to make him available as a party witness.

WHEREAS, because of the pendency of the Criminal Case, the parties have agreed to schedule depositions to occur after the conclusion of the trial of that action;

NOW, THEREFORE, Plaintiffs and AUO, through their undersigned counsel and liaison counsel, stipulate and request that the Special Master order as follows:

1. The fact discovery cutoff date of December 8, 2011 set forth in the July 14, 2011 Order (Dkt. No. 3110) is extended up to and including 90 days after the date judgment is entered in the Criminal Case solely for purposes of completing the depositions of S.I. Jeong, Claire Liu, Rigianna Wen, Arthur Chen, Paul Peng, Frank Hsu, Richard Bai, and the AUO 30(b)(6) Deposition, as well any depositions of (i) the six present and former employees and officers of AUO or AUOA who have previously asserted his or her right not to testify under the Fifth Amendment of the United States Constitution and (ii) any individual who is disclosed and who is permitted to be deposed pursuant to the July 5, 2011 Order or any modification thereto. The parties shall meet and confer regarding dates, times, locations or other aspects of the depositions of these individuals. It is further agreed that these depositions may be taken, notwithstanding the numerical limitations on the number of depositions Plaintiffs are permitted pursuant to the Special Master's Order re Number of Depositions filed May 13, 2009 (Dkt. No. 983).

2. Unless explicitly stated, nothing in this Stipulation and Order is intended to modify any other Order of the Court or the Special Master, including without limitation the Special Master's Order re Number of Depositions filed May 13, 2009 (Dkt. No. 983), Order re: Deposition Protocol filed February 17, 2010 (Dkt. No. 1546), and the Order re: Pretrial and Trial Schedule filed Nov. 23, 2010 (Dkt. No. 2165 and 2165-1), nor does this order prevent any party from seeking further modifications to that or any other Order.

Dated: November 17, 2011

NOSSAMAN LLP

By: *_/s/ Carl L. Blumenstein_*
Carl L. Blumenstein
Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

Dated: November 17, 2011

CROWELL & MORING LLP

By: *_/s/ Jerome Murphy_*
Jerome Murphy
Liaison Counsel for Direct Action Plaintiffs

Dated: November 17, 2011

STATE OF FLORIDA

By: *_/s/ Lizabeth Brady_*
Lizabeth Brady
Office of the Attorney General, State of Florida
PL-0 1, The Capitol
Tallahassee, FL 32399-1050
*Counsel for Plaintiff State of Florida*

Dated: November 17, 2011

STATE OF MISSOURI

By: *_/s/ Anne E. Schneider_*
Anne E. Schneider
Assistant Attorney General/Antitrust Counsel
Missouri Attorney General Office
P. O. Box 899
Jefferson City, MO 65102
*Counsel for Plaintiff State of Missouri*

Dated: November 17, 2011

STATE OF ARKANSAS

By: *_/s/ David A. Curran_*
David A. Curran
Assistant Attorney General
Arkansas Attorney General Office
323 Center Street, Suite 500
Little Rock, AR 72201
*Counsel for Plaintiff State of Arkansas*

Dated: November 17, 2011

STATE OF MICHIGAN

By: *_/s/ M. Elizabeth Lippitt_*
M. Elizabeth Lippitt
Assistant Attorney General
Michigan Attorney General Office
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI 48933
*Counsel for Plaintiff State of Michigan*

Dated: November 17, 2011

STATE OF WEST VIRGINIA

By: *_/s/ Douglas L. Davis_*
Douglas L. Davis
Assistant Attorney General
West Virginia Attorney General Office
812 Quarrier Street, First Floor
Charleston, WV 25301
*Counsel for Plaintiff State of West Virginia*

Dated: November 17, 2011

STATE OF WISCONSIN

By: *_/s/ Gwendolyn J. Cooley_*
Gwendolyn J. Cooley
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707
*Counsel for Plaintiff State of Wisconsin*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**IT IS SO RECOMMENDED.**

Date: 11/21/11

Martin Quinn
Special Master

**IT IS SO ORDERED.**

Date: 11/22/11

The Honorable Susan Illston
United States District Court Judge