1  KENT M. ROGER, CA Bar No. 95987
   HERMAN J. HOYING, CA Bar No. 257495
2  MINNA L. NARANJO, CA Bar No. 259005
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, California  94105-1126
4  Telephone:  415.442.1000
   Facsimile:   415.442.1001
5  E-mail:   kroger@morganlewis.com
             hhoying@morganlewis.com
6            mnaranjo@morganlewis.com

7  Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.,
8  HITACHI ELECTRONIC DEVICES (USA), INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Nokia Corporation and Nokia, Inc. v. AU Optronics Corporation, et al.,* Case No. 09-cv-5609<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.,* Case No. 10-cv-4572<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.,* Case No. 11-cv-0058 | MDL File No. 3:07-md-1827 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING FACT DISCOVERY CUTOFF DATE FOR HITACHI, LTD. AND HITACHI DISPLAYS, LTD.'s 30(b)(6) DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET OF REQUESTS FOR ADMISSION** |

- 1 -

DB2/ 22819076.3

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES
OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET OF
REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827

Plaintiffs Nokia Corporation, Nokia Inc., Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Magnolia Hi-Fi, Inc., and Costco Wholesale Corp. (collectively, "Plaintiffs") and Defendants Hitachi, Ltd. and Hitachi Displays, Ltd. (collectively, the "Hitachi Defendants") hereby stipulate as follows:

**STIPULATION**

WHEREAS fact discovery closes in the above-captioned matters on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS Plaintiffs served the Notice of Deposition of Hitachi, Ltd. and Hitachi Displays, Ltd.'s pursuant to the Federal Rules of Civil Procedure 30(b)(6) ("Notice") on November 17, 2011, scheduling the deposition(s) to take place on December 6, 2011;

WHEREAS the Hitachi Defendants intend to serve objections to the Notice on December 15, 2011, and thereafter Plaintiffs and the Hitachi Defendants intend to meet and confer in good faith regarding the proposed deposition topics;

WHEREAS Plaintiffs and the Hitachi Defendants have conferred regarding the schedule set forth in the Scheduling Order and do not believe that the current schedule allows for sufficient time to meet and confer regarding the proposed deposition topics and to make witnesses available for deposition on the agreed upon topics;

WHEREAS Plaintiffs and the Hitachi Defendants agree to an extension of the close of fact discovery until the end of January 2012 for the limited purpose of allowing sufficient time for Plaintiffs to take the noticed 30(b)(6) deposition(s) of Hitachi, Ltd. and Hitachi Displays, Ltd.;

WHEREAS Nokia Corporation. and Nokia Inc. served its First Set of Requests for Admission ("Requests") on the Hitachi Defendants on November 8, 2011;

WHEREAS Nokia Corporation, Nokia Inc. and the Hitachi Defendants have conferred regarding the schedule set forth under the Federal Rules and have agreed to an

DB2/ 22819076.3
- 2 -
STIPULATION AND [PROPOSED] ORDER MODIFYING
DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
OF REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827

1  extension of the close of fact discovery until December 23, 2011 for the limited purpose of

2  allowing the Hitachi Defendants to respond to the Requests;

3       NOW, THEREFORE, Plaintiffs and the Hitachi Defendants, through their

4  undersigned respective counsel, stipulate and agree as follows:

5       The fact discovery cutoff date of December 8, 2011 in the above-captioned matters,

6  as set forth in the Scheduling Order, is extended solely as to the noticed 30(b)(6)

7  deposition(s) of Hitachi, Ltd. and Hitachi Displays, Ltd., up to and including January 31,

8  2012.

9       The fact discovery cutoff date of December 8, 2011 in *Nokia Corporation and*

10 *Nokia Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609, as set forth in the

11 Scheduling Order, is extended solely as to the Hitachi Defendants' responses to Nokia

12 Corporation and Nokia Inc.'s First Set of Requests for Admission, up to and including

13 December 23, 2011.

14

15 DATED: December 7, 2011.        _____/s/ Kent M. Roger_____
                                    Kent M. Roger (CA Bar No. 95987)
16                                  Herman J. Hoying (CA Bar No. 257495)
                                    MORGAN LEWIS & BOCKIUS LLP
17                                  One Market, Spear Street Tower
                                    San Francisco, CA 94105-1126
18                                  (415) 442-1000 (Phone)
                                    (415) 442-1001 (Facsimile)
19                                  kroger@morganlewis.com
                                    hhoying@morganlewis.com
20
                                    *Counsel for Defendants Hitachi, Ltd., Hitachi Displays,*
21                                  *Ltd. and Hitachi Electronic Devices (USA), Inc.*

22

23

24

25

26

27

28

DB2/ 22819076.3                - 3 -
                                               STIPULATION AND [PROPOSED] ORDER MODIFYING
                                               DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
                                               DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
                                               OF REQUESTS FOR ADMISSION
                                               Master File No. 3:07-md-1827 SI, MDL No. 1827

| | |
|---|---|
| 1 | ⎽⎽⎽⎽/s/ Valarie C. Williams⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽ |
| 2 | Valarie C. Williams (admitted *pro hac vice*) |
|   | Donald M. Houser (admitted *pro hac vice*) |
| 3 | ALSTON + BIRD LLP |
|   | 1201 West Peachtree Street |
| 4 | Atlanta, GA  30309 |
|   | (404) 881-7000 (Phone) |
| 5 | (404) 881-7777 (Facsimile) |

*Counsel for Plaintiffs Nokia Corporation and Nokia Inc.*

⎽⎽⎽⎽/s/ Roman M. Silberfeld⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Roman M. Silberfeld (CA Bar No. 62783)
David Martinez (CA Bar No. 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
(310) 552-0130 (Phone)
(310) 229-5800 (Facsimile)
RMSilberfeld@rkmc.com
DMartinez@rkmc.com

*Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc.*

⎽⎽⎽⎽/s/ David J. Burman⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
PERKINS COIE L.L.P
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111
(415) 344-7000 (Phone)
(415) 344-7302 (Facsimile)
DBurman@perkinscoie.com
CGMoore@perkinscoie.com

*Counsel for Plaintiff Costco Wholesale Corporation*

**ATTESTATION**:  Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: December 7, 2011            By: ⎽⎽⎽/s/ Kent M. Roger⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
                                           Kent M. Roger

DB2/ 22819076.3

- 4 -

STIPULATION AND [PROPOSED] ORDER MODIFYING
DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
OF REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827

1  **IT IS SO ORDERED.**

3  Dated Entered: ___12/12/11_____

_____
The Honorable Susan Illston
District Court Judge

DB2/ 22819076.3                - 5 -

STIPULATION AND [PROPOSED] ORDER MODIFYING
DATES OF DISCOVERY CUTOFF FOR HITACHI 30(b)(6)
DEPOSITION(S) AND RESPONSES TO NOKIA'S FIRST SET
OF REQUESTS FOR ADMISSION
Master File No. 3:07-md-1827 SI, MDL No. 1827