HUGH F. BANGASSER (*PRO HAC VICE*)
RAMONA M. EMERSON (*PRO HAC VICE*)
CHRISTOPHER M. WYANT (*PRO HAC VICE*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022

JEFFREY L. BORNSTEIN, State Bar No. #99358
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (415) 249-1059
Fax: (415) 882-8220

Attorneys for Defendants
HANNSTAR DISPLAY CORPORATION

**[Additional moving parties and counsel listed on signature pages]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI<br>MDL No. 1827 |
| This Document Relates to:<br>Case No. 3:11-cv-00058-SI<br><br>COSTCO WHOLESALE CORPORATION,<br>   Plaintiff,<br>   v.<br>AU OPTRONICS CORPORATION, et al.,<br>   Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER RE: ANSWER DEADLINE**<br><br>Honorable Susan Illston |

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following order to extend the deadline for the Stipulating Defendants to answer Plaintiff's Amended Complaint and Jury Demand ("Amended Complaint").

WHEREAS the Court granted Defendants' motion to dismiss the Amended Complaint, in part, on November 28, 2011; and

WHEREAS the Stipulating Defendants desire a reasonable amount of time to answer the Amended Complaint;

THEREFORE, Plaintiff and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants' deadline to answer the Amended Complaint shall be December 30, 2011.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: December 7, 2011

By: /s/ Cori G. Moore
David J. Burman, (*pro hac vice*)
Cori G. Moore, (*pro hac vice*)
PERKINS COIE, LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344.7000 (Phone)
(415) 344.7302 (Facsimile)

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: /s/ Christopher M. Wyant
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
chris.wyant@klgates.com

Jeffrey L. Bornstein, (CA SBN 99358)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA, 94105-3493
Phone: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Defendant HannStar Display Corporation*

1     STIPULATION AND ORDER
RE: ANSWER DEADLINE
Case No. 3:11-cv-00058-SI; 3:07-md-1827-SI

By: /s/ Christopher A. Nedeau
　　Christopher A. Nedeau (SBN 81297)
　　Carl L. Blumenstein (SBN 124158)
　　Allison Dibley (SBN 213104)
　　NOSSAMAN LLP
　　50 California Street, 34th Floor
　　San Francisco, CA 94111
　　(415) 398-3600 (Phone)
　　(415) 398-2438 (Facsimile)
　　cnedeau@nossaman.com

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Harrison J. Frahn IV
　　Harrison J. Frahn IV
　　SIMPSON THACHER & BARTLETT LLP
　　2550 Hanover Street
　　Palo Alto, CA 94304
　　Telephone: (650) 251-5000
　　Facsimile: (650) 251-5002
　　Email: hfrahn@stblaw.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

By: /s/ Kent M. Roger
　　Kent M. Roger (State Bar No. 95987)
　　Michelle Kim-Szrom (State Bar No. 252901)
　　MORGAN LEWIS & BOCKIUS LLP
　　One Market, Spear Street Tower
　　San Francisco, CA 94105-1126
　　(415) 442-1000 (Phone)
　　(415) 442-1001 (Facsimile)
　　kroger@morganlewis.com

*Attorneys for Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

| | |
|---|---|
| | By: /s/ Holly House<br>Holly House (SBN 136045)<br>Kevin C. McCann (SBN 120874)<br>PAUL HASTINGS LLP<br>55 Second Street, Twenty-Fourth Floor<br>San Francisco, CA 94105-3441<br>(415) 856-7000 / (415) 856-7100<br>hollyhouse@paulhastings.com<br>kevinmccan@paulhastings.com<br><br>*Attorneys for LG Display Co., Ltd., and LG Display America, Inc.*<br><br>By: /s/ Rachel S. Brass<br>Rachel S. Brass (State Bar No. 219301)<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, California 94105-2933<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>RBrass@gibsondunn.com<br><br>*Attorneys for Chunghwa Picture Tubes, Ltd. and Tatung Co. of America, Inc.* |

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

| | |
|---|---|
| 12/12/11 | [signature] |
| Date Entered | Honorable Judge Susan Illston |

3     STIPULATION AND ORDER
RE: ANSWER DEADLINE
Case No. 3:11-cv-00058-SI; 3:07-md-1827-SI

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on December 7, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE ANSWER DEADLINE**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 7th day of December, 2011.

    /s/ Christopher M. Wyant
    Christopher M. Wyant