1  HUGH F. BANGASSER (*PRO HAC VICE*)
   RAMONA M. EMERSON (*PRO HAC VICE*)
2  CHRISTOPHER M. WYANT (*PRO HAC VICE*)
   K&L GATES LLP
3  925 Fourth Avenue, Suite 2900
   Seattle, WA  98104-1158
4  Phone:  (206) 623-7580
   Fax:     (206) 623-7022
5
   JEFFREY L. BORNSTEIN, State Bar No. #99358
6  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
7  San Francisco, CA 94111
   Phone:  (415) 249-1059
8  Fax:     (415) 882-8220

9  Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION
10
   **[Additional moving parties and counsel**
11 **listed on signature pages]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827-SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>Case No. 3:11-cv-00058-SI<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                    Plaintiff,<br><br>                 v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>                    Defendants. | **STIPULATION AND [PROPOSED] ORDER RE: MODIFYING DEADLINE FOR FILING OF MOTIONS TO COMPEL**<br><br>Honorable Susan Illston |

Plaintiffs and the Stipulating Defendants, through the undersigned counsel, request that the Court enter the following stipulated order

**STIPULATION**

WHEREAS discovery closed in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS the parties have submitted a Stipulation and Proposed Order to the Court extending the close of fact discovery set forth in the Scheduling Order for the limited purpose of extending the deadline for Costco and certain other Direct Action Plaintiffs in Track One to respond to discovery requests served by defendants between October 31 and November 4, 2011;

WHEREAS Costco and the Stipulating Defendants are currently meeting and conferring concerning various issues identified in an email from HannStar to Costco dated November 30, 2011 and a letter from HannStar to Costco dated December 5, 2011 that relate to: (1) Costco's responses to the Stipulating Defendants' written discovery served by Costco on or before December 2, 2011; (2) Costco's production of documents as of December 8, 2011; and (3) the need for a deposition of one additional Costco employee (collectively, "Costco's Discovery Responses");

WHEREAS Costco and the Stipulating Defendants hope to resolve some or all of the these issues informally, without the need to file motions to compel and seek the Court's involvement;

WHEREAS the current deadline for parties to file motions to compel with respect to Costco's Discovery Responses or Defendants' Discovery Responses is December 15, 2011;

WHEREAS in an effort to facilitate the informal resolution of any disputes, the parties wish to extend the deadline for the Stipulating Defendants to file any motions to compel with respect to Costco's Discovery Responses through January 13, 2012;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

| | |
|---|---|
| 1 | The deadline for the Stipulating Defendants to file any motion to compel with respect to |
| 2 | Costco's Discovery Responses is extended through and including January 13, 2012. |
| 3 | **IT IS SO STIPULATED.** |
| 4 | Respectfully submitted, |
| 5 | Dated: December 14, 2011 |
| 6 | By: /s/ Cori G. Moore |

Dated: December 14, 2011

Respectfully submitted,

By: /s/ Cori G. Moore
David J. Burman, (*pro hac vice*)
Cori G. Moore, (*pro hac vice*)
PERKINS COIE, LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344.7000 (Phone)
(415) 344.7302 (Facsimile)

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: /s/ Christopher M. Wyant
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
chris.wyant@klgates.com

Jeffrey L. Bornstein, (CA SBN 99358)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA, 94105-3493
Phone: (415) 882-8200
Fax: (415) 882-8220

*Attorneys for Defendant HannStar Display Corporation*

| | |
|---|---|
| 1 | By: /s/ Christopher A. Nedeau |
| 2 | Christopher A. Nedeau (SBN 81297) |
| | Carl L. Blumenstein (SBN 124158) |
| 3 | Allison Dibley (SBN 213104) |
| | NOSSAMAN LLP |
| 4 | 50 California Street, 34th Floor |
| | San Francisco, CA 94111 |
| 5 | (415) 398-3600 (Phone) |
| | (415) 398-2438 (Facsimile) |
| 6 | cnedeau@nossaman.com |

*Attorneys for AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV
    SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
    Palo Alto, CA 94304
    Telephone: (650) 251-5000
    Facsimile: (650) 251-5002
    Email: hfrahn@stblaw.com

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

By: /s/ Kent M. Roger
    Kent M. Roger (State Bar No. 95987)
    MORGAN LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1126
    (415) 442-1000 (Phone)
    (415) 442-1001 (Facsimile)
    kroger@morganlewis.com

*Attorneys for Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Holly House |
| | Holly House (SBN 136045) |
| 3 | Kevin C. McCann (SBN 120874) |
| | PAUL HASTINGS LLP |
| 4 | 55 Second Street, Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 5 | (415) 856-7000 / (415) 856-7100 |
| | hollyhouse@paulhastings.com |
| 6 | kevinmccan@paulhastings.com |
| 7 | *Attorneys for LG Display Co., Ltd., and LG Display America, Inc.* |
| 8 | |
| 9 | |
| 10 | By: /s/ Rachel S. Brass |
| | Rachel S. Brass (State Bar No. 219301) |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street |
| 12 | Suite 3000 |
| | San Francisco, California 94105-2933 |
| 13 | Telephone: (415) 393-8200 |
| | Facsimile: (415) 393-8306 |
| 14 | RBrass@gibsondunn.com |
| 15 | *Attorneys for Chunghwa Picture Tubes, Ltd. and Tatung Co. of America, Inc.* |
| 16 | |
| 17 | |
| 18 | By: /s/ Stephen Freccero |
| | Melvin R. Goldman (Bar No. 34097)) |
| 19 | Stephen P. Freccero (Bar No. 131093) |
| | Derek F. Foran (Bar No. 224569) |
| 20 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 21 | San Francisco, CA 94105-2482 |
| | Tel: (415) 268-7000 |
| 22 | Fax: (415) 268-7522 |
| 23 | *Attorneys for Defendants Epson Imaging Devices Corporation; Epson Electronics America, Inc.*[1] |

---

[1] Signed and stipulated to without any waiver of rights with respect to arbitration.

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above-referenced counsel.**

### ORDER

Having considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED**.

12/16/11  _____
Date Entered  Honorable Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on December 14, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER RE MODIFYING DEADLINE FOR FILING OF MOTIONS TO COMPEL**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 14th day of December, 2011.

    /s/ Christopher M. Wyant
    Christopher M. Wyant