Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

Counsel for Defendants
LG DISPLAY CO., LTD.
LG DISPLAY AMERICA, INC.

4400

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, No. 09-cv-1115-SI, MQ<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.*, No. 09-cv-4997 SI, MQ<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.*, No. 3:10-cv-4572 SI, MQ<br><br>*Costco Wholesale Corp. v. AU Optronics Corp., et al.*, No. 3:11-cv-00058-SI, MQ<br><br>*Dell, Inc. v. Sharp Corp., et al.*, No. 3:10-cv-01064-SI, MQ<br><br>*Eastman Kodak v. Epson Imaging Devices Corp., et al.*, No. 10-cv-5452-SI, MQ<br><br>*Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.*, No. 3:10-cv-00117-SI, MQ<br><br>*Motorola Mobility, Inc. v. AU Optronics Corp., et al.*, No. 09-cv-05840-SI, MQ<br><br>*Nokia Corp. v. AU Optronics Corp., et al.*, No. 3:09-cv-05609-SI, MQ | MASTER CASE NO. 3:07-md-1827 SI, MQ<br>MDL NO. 1827<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS** |

1

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' CONTENTION DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ

*Target Corp. v. AU Optronics Corp., et al., No. 10-cv-4945-SI, MQ*

WHEREAS, Defendants served discovery requests on Track One plaintiffs between October 31 and November 4, 2011, and to Costco Wholesale on October 26, 2011;

WHEREAS, under the Federal Rules of Civil Procedure, responses to those requests were due on or before December 8, 2011;

WHEREAS, the Plaintiffs have requested, and Defendants have agreed to provide, additional time to respond to this discovery;

WHEREAS, on December 7, 2011, the Parties agreed to extend the discovery deadline for one week for the purpose of giving the Parties time to negotiate a longer extension;

NOW THEREFORE, the parties stipulate and agree as follows:

Plaintiffs' deadline in connection with the discovery requests served by Defendants on Track One plaintiffs between October 31 and November 4, 2011, and to Costco Wholesale on October 26, 2011 is extended to January 30, 2012; excepting any agreements already in place between individual Plaintiffs and Defendants; and

Defendants' deadline to file motions to compel with respect to this discovery shall be March 1, 2012.

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI, MQ

DATED: December 20, 2011

By: /s/ Michael R. Lazerwitz
    Michael R. Lazerwitz (PRO HAC VICE)
    Jeremy J. Calsyn (State Bar No. 205062)
    Lee F. Berger (State Bar No. 222756)
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    (212) 225-2000 (Phone)
    (212) 225-3999 (Facsimile)
    *mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc. and on behalf of defendants other than SANYO*


/s/ Valarie C. Williams
Randall Allen (State Bar No. 264067)
**ALSTON + BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: randall.allen@alston.com

Peter Kontio (peter.kontio@alston.com)
Valarie C. Williams (valarie.williams@alston.com)
B. Parker Miller (parker.miller@alston.com)
**ALSTON + BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Richard W. Stimson (rick.stimson@alston.com)
**ALSTON + BIRD LLP**
Chase Tower, Suite 3601
2200 Ross Avenue
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899

*Attorneys for Plaintiffs Nokia Corporation and Nokia Inc. and on behalf of other Direct Action Plaintiffs*

3

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

By: _/s/ Michael R. Lazerwitz_
Michael R. Lazerwitz

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI, MQ

**[PROPOSED] ORDER**

Under the parties' stipulation set forth above, IT IS SO ORDERED.

Dated:  12/23 , 2011   By: *Susan Illston*
                              Hon. Susan Illston
                              United States District Judge

5

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' CONTENTION DISCOVERY REQUESTS, Master Case No. 3:07-md-1827 SI , MQ