CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

4503

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058 | Master File No. 07-md-1827 SI<br>MDL No. 1827<br><br>**STIPULATION REGARDING RESPONSE TO COSTCO'S SECOND AMENDED COMPLAINT** |

Plaintiff Costco Wholesale Corporation ("Costco") and Defendants AUO Optronics Corporation and AUO Optronics Corporation America (collectively, "AUO") hereby stipulate and agree that AUO shall have until January 9, 2012 to respond to Costco's Second Amended Complaint

Dated: January 6, 2012

PERKINS COIE, LLP                NOSSAMAN LLP

By: ___/s/ Cori G. Moore_____     By: _____/s/ Carl L. Blumenstein_____
    Cori G. Moore                        Carl L. Blumenstein
    Attorney for Plaintiff Costco         Attorneys for Defendants
    Wholesale Corporation                 AUO Optronics Corporation and
                                          AUO Optronics Corporation America

1 **IT IS SO ORDERED.**

2 Dated: __1/9/12__          _____/s/ Susan Illston_____
3                            The Honorable Susan Y. Illston
                             United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28