MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
S. JESSICA OURK, State Bar No. 275658
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
jourk@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| This Document Relates to:<br>Individual Case No. 3:11-cv-00058-SI<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.*,<br><br>                Defendants. | Master File No. 3:07-md-1827<br><br>MDL No. 1827<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) FOR EXTENSION OF TIME TO ANSWER COSTCO'S SECOND AMENDED COMPLAINT**<br><br>Honorable Susan Illston |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:11-CV-00058 SI; MDL NO. 1827
STIPULATION FOR EXTENSION OF TIME

DB2/ 22883113.2

Plaintiff and Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi Defendants"), through the undersigned counsel, hereby agree and enter into the following Stipulation to extend the deadline for the Hitachi Defendants to answer Plaintiff's Second Amended Complaint and Jury Demand ("Second Amended Complaint").

WHEREAS plaintiff Costco filed its Second Amended Complaint on December 23, 2011; and

WHEREAS the Hitachi Defendants need additional time to answer the Second Amended Complaint due to the recent holidays.

THEREFORE, Plaintiff and the Hitachi Defendants hereby agree and stipulate, pursuant to Rule 6-1(a) of the Civil Local Rules:

1. The Hitachi Defendants' deadline to answer the Second Amended Complaint shall be January 13, 2011.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 6, 2012   By: /s/ David J. Burman

David J. Burman (admitted *pro hac vice*)
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000
Fax: (415) 344-7302
dburman@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*



IT IS SO ORDERED
Judge Susan Illston

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22883113.2

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
Kent M. Roger (SBN 95987)
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
*kroger@morganlewis.com*

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

### **FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation. In compliance with General Order 45.X.B, I hereby attest that David J. Burman concurs in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

DB2/ 22883113.2