David Orozco (CA Bar No. 220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 310-3100
Facsimile: (310) 789-3150
E-Mail: dorozco@susmangodfrey.com

Parker C. Folse (*pro hac vice*)
Brooke A. M. Taylor (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
E-Mail: pfolse@susmangodfrey.com
        btaylor@susmangodfrey.com

Edward A. Friedman (*pro hac vice*)
Daniel B. Rapport (*pro hac vice*)
Hallie B. Levin (*pro hac vice*)
Jason C. Rubinstein (*pro hac vice*)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250
E-Mail: efriedman@fklaw.com
        drapport@fklaw.com
        hlevin@fklaw.com
        jrubinstein@fklaw.com

*Counsel for Plaintiff T-Mobile U.S.A., Inc.*

[Additional counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C M:07-01827 SI<br>MDL NO. 1827 |
| This Document Relates to:<br><br>*Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-Cv-05625 SI<br><br>*AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, Case No. 3:09-cv-4997 SI<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-00058 SI | **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING SCHEDULE TO ANSWER OR RESPOND TO DEFENDANT LG DISPLAY'S COUNTERCLAIMS** |

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

*Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI

*Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03763 SI

*Jaco Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI

*Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-5840 SI

*Office Depot, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02225 SI

*P.C. Richard & Son Long Island Corporation, et al. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI

*SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv-05458 SI

*State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI.

*State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI

*State of New York v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-711 SI

*State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-4346 SI

*T-Mobile U.S.A., Inc. v. AU Optronics Corporation, et al.*, Case No 3:11-cv-02591 SI

*Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI

Defendants LG Display America, Inc. and LG Display Co., Ltd. (together, "LG Display") and the Direct Action Plaintiffs ("DAPs") and State Attorneys General ("AGs") in the above captioned actions stipulate as follows:

WHEREAS, LG Display amended its answers as of right to assert Counterclaims for Declaratory Relief (the "LG Display Counterclaims") in *Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03763 SI, *Office Depot, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02225 SI, *P.C. Richard & Son Long Island Corporation, et al. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI, *State of New York v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-711, *T-Mobile U.S.A., Inc. v. AU Optronics Corporation*, et al., Case No 3:11-cv-02591 SI, on March 21, 2012, and in *Jaco Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI, on March 23, 2012;

WHEREAS LG Display moved for leave to amend its Answers and to assert Additional Defenses and the LG Display Counterclaims in *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-Cv-05625 SI, *Best Buy Co Mobility LLC, et al. v. AU Optronics Corporation, et al.*, Case No. 3:09-cv-4997 SI, *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI, *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-00058 SI, *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI, *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-5840 SI, *SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv-05458 SI, *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI, *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI, *State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-4346 SI, *Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI, *Tracfone Wireless,*

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

*Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to Amend");

WHEREAS the undersigned DAPs and AGs that were served with LG Display's Motion to Amend are required to file their Oppositions to that Motion on or before April 27, 2012, and LG Display is required to file its Reply(ies) in support of its Motion on or before May 8, 2012;

WHEREAS the DAPs and AGs that were served with the LG Display Counterclaims are currently required to answer, move against, or otherwise respond to those counterclaims on or about April 30, 2012;

WHEREAS the parties wish to coordinate the schedule for the briefing of LG Display'sMotion to Amend and responses to the LG Display Counterclaims to allow for a more efficient use of the Court and the parties' time;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned DAPs, AGs, and LG Display, by and through their respective undersigned counsel, as follows:

(1) The time for the undersigned DAPS and AGs that have been served with the LG Display Counterclaims to answer, move against, or otherwise respond to the LG Display Counterclaims shall be held in abeyance pending the resolution of LG Display's Motion to Amend.

(2) The time for the undersigned DAPs and AGs, including without limitation the DAPs and AGs already served with the LG Display Counterclaims, to answer, move against, or otherwise respond to the LG Display Counterclaims shall be extended to and including twenty-eight (28) days after the Court rules on LG Display's Motion to Amend.

(3) If the DAPs move against the LG Display Counterclaims, they shall file a combined motion to dismiss. Subject to this requirement, each and every DAP reserves the right to file separate motions to dismiss the LG Display Counterclaims to address any questions of law or fact not common to all DAPs.

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

(4) If the DAPs and/or AGs move to dismiss the LG Display Counterclaims, LG Display shall file its Opposition to such motion twenty-eight (28) days after the DAPs and/or AGs file their respective motions.

(5) The DAPs and/or AGs shall have fourteen (14) days to submit their Replies.

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

SO STIPULATED:

Dated: April 26, 2012

By: /s/ Jason C. Rubinstein
David Orozco
E-Mail: dorozco@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
Telephone: (310) 310-3100
Facsimile: (310) 789-3150

Parker C. Folse III
E-Mail: pfolse@susmangodfrey.com
Brooke A. M. Taylor
E-Mail: btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Edward A. Friedman
E-Mail: efriedman@fklaw.com
Daniel B. Rapport
E-Mail: drapport@fklaw.com
Hallie B. Levin
E-Mail: hlevin@fklaw.com
Jason C. Rubinstein
E-Mail: jrubinstein@fklaw.com
FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone: (212) 833-1100
Facsimile: (212) 833-1250

*Counsel for Plaintiff T-Mobile U.S.A., Inc.*

-4-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: /s/ William A. Isaacson
William A. Isaacson
E-Mail: wisaacson@bsfllp.com
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Philip J. Iovieno
E-Mail: piovieno@bsfllp.com
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

*Counsel for Plaintiffs Office Depot, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, MARTA Cooperative of America, Inc., ABC Appliance, Inc., Electrograph Systems, Inc. and Electrograph Technologies Corp.*

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

| | |
|---|---|
| 1 | By: /s/ Jason C. Murray |
| 2 | Jason C. Murray |
|   | E-Mail: jmurray@crowell.com |
| 3 | Joshua C. Stokes |
|   | E-Mail: jstokes@crowell.com |
| 4 | CROWELL & MORING LLP |
|   | 515 South Flower St., 40th Floor |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 443-5582 |
| 6 | Facsimile: (213) 622-2690 |

Jeffrey H. Howard
E-Mail: jhoward@crowell.com
Jerome A. Murphy
E-Mail: jmurphy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Plaintiffs Motorola Mobility, Inc.;AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Company; Jaco Electronics, Inc., Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

-6-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

```
                              By:    /s/ Richard L. Schwartz
                                     Richard L. Schwartz
                                     E-Mail: richard.schwartz@ag.ny.gov
                                     Amy E. McFarlane
                                     E-Mail: amy.mcfarlane@ag.ny.gov
                                     Assistant Attorneys General
                                     120 Broadway, 26th Floor
                                     New York, NY  10271
                                     Telephone: (212) 416-8282
                                     Facsimile: (212) 416-6015

                                     Counsel for Plaintiff State of New York


                              By:    /s/ David H. Orozco
                                     Allan Diamond
                                     E-Mail: adiamond@diamondmccarthy.com
                                     James D. McCarthy
                                     E-Mail: jmccarthy@diamondmccarthy.com
                                     Jason Fulton
                                     E-Mail: jfulton@diamondmccarthy.com
                                     DIAMOND McCARTHY LLP
                                     909 Fannin, Suite 1500
                                     Houston, Texas  77010
                                     Telephone: (713) 333-5104
                                     Facsimile: (713) 333-5199

                                     Marc M. Seltzer
                                     E-Mail: mseltzer@susmangodfrey.com
                                     Ryan C. Kirkpatrick
                                     E-Mail: rkirkpatrick@susmangodfrey.com
                                     David H. Orozco
                                     E-Mail: dorozco@susmangodfrey.com
                                     Steven G. Sklaver
                                     E-Mail: ssklaver@susmangodgrey.com
                                     SUSMAN GODFREY LLP
                                     1901 Avenue of the Stars, Suite 950
                                     Los Angeles, CA  90067-6029
                                     Telephone: (310) 789-3100
                                     Facsimile: (310) 789-3150

                                     Counsel for Plaintiff SB Liquidation Trust
```

-7-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Jonathan Ross_____
    Jonathan Ross
    E-Mail: jross@susmangodfrey.com
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, TX 77002
    Telephone: (713) 653-7813
    Facsimile: (713) 654-6666

*Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores Inc. Liquidating Trust*


By: ___/s/ David B. Esau_____
    James Blaker Baldinger
    E-Mail: jbaldinger@carltonfields.com
    David B. Esau
    E-Mail: desau@carltonfields.com
    CARLTON FIELDS
    CityPlace Tower, Suite 1200
    525 Okeechobee Boulevard
    West Palm Beach, FL 33401
    Telephone: (561) 659-7070
    Facsimile: (561) 659-7368

    Robert L. Ciotti
    E-Mail: rciotti@carltonfields.com
    CARLTON FIELDS
    4221 W Boy Scout Boulevard
    10th Floor - Corporate Center III
    Tampa, FL 33067-5736
    Telephone : (813) 223-7000
    Facsimile: (813) 229-4133

*Counsel for Plaintiffs Tracfone Wireless, Inc.*

-8-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE TO ANSWER OR RESPOND TO DEFENDANT LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: /s/ Roman M. Silberfeld
Roman M. Silberfeld
E-Mail: rmsilberfeld@rkmc.com
David Martinez
E-Mail: dmartinez@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Best Buy.com, LLC; and Magnolia Hi-Fi, Inc.*


By: /s/ David J. Burman
David J. Burman
E-Mail: dburman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Counsel for Plaintiffs Costco Wholesale Corporation*


By: /s/ Nicholas J. Weilhammer
Nicholas J. Weilhammer
E-Mail: nicholas.weilhammer@myfloridalegal.com
STATE OF FLORIDA
Office of the Attorney General State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Counsel for Plaintiff State of Florida*

-9-

By: /s/ Anne E. Schneider
Anne E. Schneider
E-Mail: anne.schneider@ago.mo.gov
STATE OF MISSOURI
Assistant Attorneys General
Missouri Attorney General Office
P. O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-3321
Facsimile: (573) 751-2041

*Counsel for Plaintiff State of Missouri*


By: /s/ Kevin Wells
Kevin Wells
E-Mail: kevin.wells@arkansasag.gov
STATE OF ARKANSAS
Assistant Attorney General
Arkansas Attorney General Office
323 Center Street, Suite 500
Little Rock, AR 72201
Telphone: (501) 682-8063
Facsimile: (501) 682-8118

*Counsel for Plaintiff State of Arkansas*


By: /s/ Mary Elizabeth Lippitt
Mary Elizabeth Lippitt
E-Mail: lippitte@michigan.gov
STATE OF MICHIGAN
Assistant Attorney General
Michigan Attorney General Office
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI 48933
Telephone: (517) 373-1160

*Counsel for Plaintiff State of Michigan*

-10-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: ___/s/ Douglas L. Davis___
Douglas L. Davis
E-Mail: doug.davis@wvago.gov
STATE OF WEST VIRGINIA
Assistant Attorney General
West Virginia Attorney General Office
812 Quarrier St., First Floor
Charleston, WV 25301
Telephone: (304) 558-8986
Facsimile: (304) 558-0184

*Counsel for Plaintiff State of West Virginia*


By: ___/s/ Gwendolyn J. Cooley___
Gwendolyn J. Cooley
E-Mail: cooleygj@doj.state.wi.us
STATE OF WISCONSIN
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707
Telephone: (608) 261-5810
Facsmilie: (608) 267-2778

*Counsel for Plaintiff State of Wisconsin*

-11-

By: ___/s/ Michael E. Haglund___
Michael E. Haglund
E-Mail: haglund@hk-law.com
Michael K. Kelley
E-Mail: mkelley@hk-law.com
HAGLUND KELLEY JONES & WILDER LLP
Special Assistant Attorneys General for the
State of Oregon
200 SW Market Street, Suite 1777
Portland, OR 97201

Tim D. Nord
E-Mail: tim.d.nord@state.or.us
STATE OF OREGON
Oregon Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR 97301-4096
Telephone: (503) 943-4400
Facsimile: (503) 225-1257

*Counsel for Plaintiff State of Oregon*

-12-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4

By: __/s/ Lee F. Berger__
Holly A. House
E-Mail: hollyhouse@paulhastings.com
Kevin C. McCann
E-Mail: kevinmccann@paulhastings.com
Sean D. Unger
E-Mail: seanunger@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Lee F. Berger
E-Mail: leeberger@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1772
Facsimile: (202) 551-0172

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

**IT IS SO ORDERED.**

Dated: __4/30__, 2012

_____
The Honorable Susan Y. Illston
United States District Judge

-13-

Master File No. C M:07-01827 SI
MDL NO. 1827

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE TO ANSWER
OR RESPOND TO DEFENDANT
LG DISPLAY'S COUNTERCLAIMS

2688475.4