1  CHRISTOPHER A. NEDEAU (SBN 81297)
   CARL L. BLUMENSTEIN (SBN 124158)
2  JAMES A. NICKOVICH (SBN 244969)
   NOSSAMAN LLP
3  50 California Street, 34th Floor
   San Francisco, CA  94111
4  Telephone:     (415) 398-3600
   Facsimile:      (415) 398-2438
5  cnedeau@nossaman.com
   cblumenstein@nossaman.com

6  Attorneys for Defendants
   AUO Optronics Corporation and
7  AUO Optronics Corporation America

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | IN RE:  TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI
   |                                                    | MDL No. 1827
12 |                                                    |
   | This Document Relates To:                          |
13 |                                                    | **STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE**
   | *ATS Claim, LLC v. Epson Electronics, America, Inc., et al.*, Case No. 09-cv-1115 |
14 |
15 | *AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997 |

16 *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572

17

18 *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058

19 *Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064

20

21 *Eastman Kodak Company v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-5452

22 *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*,
23 Case No. 10-cv-0117

24 *Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840
25

26 *Nokia Corp. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609

27 *Target Corp. et al. v. AU Optronics Corporation, et al.,* Case No. 10-cv-4945
28

270492_1.DOC                      - 1 -                      Case No. 3:07-MD-1827 SI
STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE

1    WHEREAS the above-captioned cases have been proceeding with pretrial preparation in
2 accordance with the Court's Orders dated November 23, 2010 and July 14, 2011 (Dkt. Nos. 2165,
3 3110) and some of those cases are scheduled for trial before this Court on November 5, 2012;
4    WHEREAS counsel for plaintiffs and counsel for defendants in the above-captioned cases
5 believe it would be helpful to convene a case management conference and counsel are available for
6 such a status conference on Friday, August 3, 2012 at 2:30 p.m.;
7    THEREFORE, IT IS HEREBY STIPULATED between liaison counsel for the above-
8 captioned plaintiffs and defendants' liaison counsel, and subject to the concurrence of the Court,
9 that a case management conference will be held on Friday, August 3, 2012 at 2:30 p.m. in
10 Courtroom 10 of the Federal Building located at 450 Golden Gate Avenue, San Francisco,
11 California.  The parties will file case management conference statements by no later than July 23,
12 2012.

Dated:  July 12, 2012                NOSSAMAN LLP

                                     By:    */s/ Carl L. Blumenstein*
                                              Carl L. Blumenstein

                                     Liaison Counsel for Defendants and Attorneys for
                                     Defendants AUO Optronics Corporation and
                                     AUO Optronics Corporation America

Dated:  July 12, 2012                CROWELL & MORING LLP

                                     By:    */s/ Jerome Murphy*
                                              Jerome Murphy

                                     Liaison Counsel for Direct Action Plaintiffs and
                                     Attorneys for AT&T Mobility LLC, Motorola, Inc.,
                                     and Target Corp.

   **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that
concurrence in the filing of this document has been obtained from each of the signatories.

1  **IT IS SO ORDERED.**

2  Date: _____7/16/12_____        _____
                                                 The Honorable Susan Illston
3                                                United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

270492_1.DOC                          - 3 -                        Case No. 3:07-MD-1827 SI
STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE