1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  DYLAN I. BALLARD, Cal. Bar No. 253929
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4109
   Telephone: 415-434-9100
6  Facsimile: 415-434-3947
   E-mail: ghalling@sheppardmullin.com
7          jmcginnis@sheppardmullin.com
           mscarborough@sheppardmullin.com
8          dballard@sheppardmullin.com

9  Attorneys for Defendants
   SAMSUNG SDI CO., LTD. and
10 SAMSUNG SDI AMERICA, INC.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15

16 | In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL File No. 3:07-md-1827 SI |

17 | | MDL No. 1827 |

18 | This Documents Relates To the Following Individual Cases: | **AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

19 *ATS Claim, LLC v. Epson Electronics
20 America, Inc., et al.*, Case No. 09-cv-1115

21 *AT&T Mobility LLC et al v. AU Optronics
   Corporation, et al.*, Case No. 09-cv-4997
22

23 *Best Buy Co., Inc., et al. v. AU Optronics
   Corporation, et al.*, Case No. 10-cv-4572

24
   *Costco Wholesale Corporation v. AU
25 Optronics Corporation, et al.*,
   Case No. 11-cv-0058
26

27 *Dell Inc. et al. v. Sharp Corporation, et al.*,
   Case No. 10-cv-1064
28

1  *Eastman Kodak Co. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-5452

2

3  *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*,
4  Case No. 10-cv-0117

5  *Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840

6

7  *Nokia Corp., et. al. v. AU Optronics Corporation, et al.,* Case No. 09-cv-5609

8

9  *Target Corp. et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4945

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The undersigned counsel, on behalf of all plaintiffs and defendants in the "Track 1" actions (collectively the "Track 1 parties"), hereby stipulate as follows:

WHEREAS, on July 12, 2012 the Track 1 parties filed a Stipulation and Proposed Order Setting Case Management Conference, providing that a Case Management Conference will be held in these actions on August 3, 2012, and that the parties would file a Joint Case Management Conference Statement by July 23, 2012; and

WHEREAS, the parties' stipulation was subsequently entered as an Order of the Court, *see* Master Docket No. 6199; and

WHEREAS, the parties are actively meeting and conferring regarding several of the issues to be addressed by the Joint Case Management Conference Statement, and believe additional time is necessary to complete the meet and confer process; and

WHEREAS, Local Rule 16-10(d) permits Joint Case Management Conference Statements to be filed at least 7 days before a scheduled Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of all Track 1 plaintiffs and defendants, as follows:

1.   The Track 1 parties will file a Joint Case Management Conference Statement by July 27, 2012.

Dated: July 24, 2012

           /s/ James L. McGinnis
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  ghalling@sheppardmullin.com
       jmcginnis@sheppardmullin.com
       mscarborough@sheppardmullin.com
       dballard@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd. and on behalf of all Track One Defendants*

1  Dated: July 24, 2012

2                                                    /s/ Joshua C. Stokes

3                                      Jason C. Murray (CA Bar No. 169806)
   Janet I. Levine (CA Bar No. 94255)
4  Joshua C. Stokes (CA Bar No. 220214)
   CROWELL & MORING LLP
5  515 South Flower St., 40th Floor
   Los Angeles, CA  90071
6  Telephone:  213-622-4750
   Facsimile:  213-622-2690
7  Email: jmurray@crowell.com
              jlevine@crowell.com
8             jstokes@crowell.com

9  Jeffrey H. Howard (pro hac vice)
   Jerome A. Murphy (pro hac vice)
10 CROWELL & MORING LLP
   1001 Pennsylvania Avenue, N.W.
11 Washington, D.C. 20004
   Telephone:  202-624-2500
12 Facsimile:  202-628-5116
   Email:  jhoward@crowell.com
13            jmurphy@crowell.com

14 *Counsel for Plaintiffs AT&T Mobility LLC; AT&T Corporation; AT&T Services, Inc.; Bellsouth*
15 *Telecommunications Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T Datacomm,*
16 *Inc.; Southwestern Bell Telephone Company; Motorola, Inc.; Target Corporation; Sears, Roebuck,*
17 *& Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; Newegg Inc.;*
18 *and on behalf of all Track One Plaintiffs*

19

20     The filer attests that concurrence in the filing of this document has been obtained from
21 each of the above signatories.

22

23

24

25

26

27

28

-4-

1   **IT IS SO ORDERED.**

2

3   Dated: _____7/25_____, 2012

4

5

6   _____
    Susan Illston, United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28