IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI<br>MDL No. 1827 |
| This Order Relates To:<br><br>Direct action cases<br><br>Defendants. | **SCHEDULING ORDER RE: MOTIONS CURRENTLY SCHEDULED FOR OCTOBER 3 AND OCTOBER 5, 2012** |

There are a number of motions currently scheduled for October 3 and October 5, 2012. In light of the new trial dates for the track one plaintiffs and the Court's calendar, the Court hereby sets the following schedule for hearing those motions:

**October 5, 2012:** 1. Defendants' motion to certify under 28 U.S.C. § 1292(b); MDL #6590; C 09-5840 #436

**October 12, 2012:** 1. Dell plaintiffs' motion for partial summary judgment re: liability issues against AUO determined in criminal trial; MDL #6207; C 10-1064 #270

2. Dell plaintiffs' motion for summary judgment against Toshiba on liability issues determined in DPP trial; MDL #6359; C 10-1064 #290

3. Defendants' joint motion for partial summary judgment dismissing Dell's time-barred claims and failure to mitigate; MDL # 5847, 5886; C 10-1064 #243

**October 23, 2012:** 1. Motion for partial summary judgment re: limiting Dell's damages to net overcharge; MDL #6151; C 10-1064 #259

2. Defendants' joint motion for summary judgment re: alleged non-party co-conspirators; MDL # 6209, 6383; C 09-4997 #337; C 10-4572 #239; C 11-58 #233; C 10-1064 #293; C 10-117 #243; C 09-5840 #422; C 10-4945 #310

|   |   |   |
|---|---|---|
|   |   | 3. The Toshiba entities' motion for summary judgment on ATS's claims; MDL #6366; C 09-1115 #156 |
|   |   | 4. Epson's motion for summary judgment against Dell; MDL #6326; C 10-1064 #287 |
|   | November 2, 2012: | 1. Defendants' motion for partial summary judgment for lack of standing under *Illinois Brick* and *In re ATM*; MDL #6234 & 6342; C 09-4997 # 327; C 10-4572 #229; C 10-117 #235; C 10-4945 #302; C 11-58 #225 |
|   |   | 2. Defendants' motion for summary judgment as to damages arising from purchases of panels made by supposed conspirators not alleged in the complaint; MDL #6176, 6350; C 10-117 #204; C 10-4572 #196; C 10-4945 #256; C 09-4997 #331 |
|   |   | 3. Defendants' motion for partial summary judgment re: downstream pass on; MDL #6178, 6338; C 10-117 #233; C 10-4572 #226; C 10-4945#296; C 09-4997 #332 |
|   | November 30, 2012: | 1. Sanyo's motion for summary judgment dismissing AT&T's claims; MDL #5875; C 10-4997 #260 |
|   |   | 2. Sanyo's motion for summary judgment dismissing Target's claims; MDL #5869; C 10-4945 #210 |
|   | December 7, 2012: | 1. Defendants' joint motion for partial summary judgment as to Costco's claims based on indirect purchases; MDL #5979; C 11-58 #157 |
|   |   | 2. CPT's and HannStar's motion for summary judgment re: mobile phone displays; MDL # 6212, 6372; C 09-5840 #419; C 10-4945 #307; C 11-58 #230; C 10-4572 #235; C 09-4997 #334 |
|   | December 14, 2012: | 1. Defendants' motion for partial summary judgment dismissing Best Buy's (1) pre-October 8, 2006 claims as time-barred and (2) post-May 2003 claims for failure to mitigate damages; MDL # 6174, 6379; C10-4572 #241 |
|   |   | 2. Mitsui Taiwan's motion for summary judgment dismissing Electrograph's claims; MDL #6182, 6324; C 10-117 #231 |

The parties are directed that for all future pleadings regarding scheduling of motions, including stipulations to continue motions and notices of withdrawal of motions, the parties shall list all of the docket numbers associated with the motion at issue, including the separate docket numbers in the master docket if there are both redacted and under seal versions of the motion, as well as the separate docket numbers in each individual case.

IT IS SO ORDERED.

Dated: September 12, 2012

_____
SUSAN ILLSTON
United States District Judge