David J. Burman (admitted *pro hac vice*)
DBurman@perkinscoie.com
Cori G. Moore (admitted *pro hac vice*)
CGMoore@perkinscoie.com
Noah G. Purcell (admitted *pro hac vice*)
NPurcell@perkinscoie.com
Eric J. Weiss (admitted *pro hac vice*)
EWeiss@perkinscoie.com
Nicholas H. Hesterberg (admitted *pro hac vice*)
NHesterberg@perkinscoie.com
Steven D. Merriman, WA (admitted *pro hac vice*)
SMerriman@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:      206.359.8000
Facsimile:      206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:      415.344.7120
Facsimile:      415.344.7320

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI MDL No. 1827 |
| This document relates to: | Hon. Judge Susan Illston |
| Costco Wholesale Corporation | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| AU Optronics Corporation, et al., Case No. 3:11-cv-0058-SI | |

1    Plaintiff Costco Wholesale Corporation ("Costco") and Defendants Samsung Electronics

2  Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc. (collectively,

3  "Samsung"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil

4  Procedure, hereby stipulate to the dismissal of the present action against Samsung with prejudice

5  and state as follows:

6    1.    Costco and Samsung seek the dismissal of this action with prejudice.

7    2.    This stipulation does not affect the rights or claims of Costco against any other

8  defendant or alleged co-conspirator in this litigation.

9
     3.    WHEREFORE, the parties respectfully request that this Court issue an Agreed

10  Order of Dismissal.

11

12

13    **IT IS SO STIPULATED.**

14

15  DATED: October 5, 2012                    **PERKINS COIE** LLP

16                                            By:___/s/ David J. Burman_____

17                                            David J. Burman (admitted *pro hac vice*)
                                              Cori G. Moore (admitted *pro hac vice*)
18                                            Noah G. Purcell (admitted *pro hac vice*)
                                              Eric J. Weiss (admitted *pro hac vice*)
19                                            Nicholas H. Hesterberg (admitted *pro hac vice*)
                                              Steven D. Merriman (admitted *pro hac vice*)
20                                            **PERKINS COIE** LLP
                                              1201 Third Avenue, Suite 4900
21                                            Seattle, WA 98101-3099
                                              Telephone:  206.359.8000
22                                            Facsimile:   206.359.9000
                                              Email:    DBurman@perkinscoie.com
23                                                       CMoore@perkinscoie.com
                                                         NPurcell@perkinscoie.com
24                                                       EWeiss@perkinscoie.com
                                                         NHesterberg@perkinscoie.com
25                                                       SMerriman@perkinscoie.com

26                                            Attorneys for Plaintiff Costco Wholesale
                                              Corporation
27

28

2

1

2                                    **COVINGTON & BURLING LLP**

3

4                                    By:   /s/ Derek Ludwin
                                          Robert D. Wick (pro hac vice)
                                          Derek Ludwin (pro hac vice)
5                                         Elizabeth C. Arens (pro hac vice)
                                          **COVINGTON & BURLING LLP**
6                                         1201 Pennsylvania Ave. N.W.
                                          Washington D.C. 20004
7                                         202.662.6000 (telephone)
                                          202.662.6291 (facsimile)
8                                         rwick@cov.com

9                                         Attorneys for Defendants
                                          Samsung Electronics Co., Ltd.
10                                        Samsung Semiconductor, Inc. and
                                          Samsung Electronics America, Inc.
11

12          Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of

13    this document has been obtained from each of the above signatories.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  3

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                     SAN FRANCISCO DIVISION

5

6   | IN RE: TFT-LCD (FLAT PANEL) | Master File No. 3:07-md-1827 SI |
    | ANTITRUST LITIGATION | MDL No. 1827 |

7   This document relates to:

8   Costco Wholesale Corporation                Hon. Judge Susan Illston

9   v.

10                                              **[PROPOSED] ORDER**

11  AU Optronics Corporation, et al., Case No.
    3:11-cv-0058-SI

12          The Court, having considered the stipulation of the parties, and good cause appearing,

13  order as follows:

14          1.      The action filed by Costco Wholesale Corporation is dismissed with prejudice as

15  against Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung

16  Electronics America, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2).

17          2.      Each party shall bear its own costs and attorneys' fees.

18          **IT IS SO ORDERED.**

19

20

21  DATED: _10/5/12_____        _____

22                                              The Honorable Susan Illston
                                                United States District Judge
23

24

25

26

27

28
                                      4

1

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served upon the parties and counsel of record, through the Court's ECF system on October 5, 2012.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of October, 2012.

s/Joren Bass_____
Joren Bass, Bar No. 208143
**PERKINS COIE** LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:      415.344.7120
Facsimile:      415.344.7320
Email:          JBass@perkinscoie.com

Attorney for Plaintiff Costco Wholesale Corporation

LEGAL24821160

5

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
MASTER FILE NO.  3:07-MD-1827-SI