Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94225)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jlevine@crowell.com
       jmurray@crowell.com
       jstokes@crowell.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M-07-1827-SI<br><br>MDL No. 1827 |
| This Document Relates To:<br><br>*ATS Claim LLC v. AU Optronics Corporation, et al.*, No. 3:09-cv-1115 SI<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, No. 3:11-cv-0058 SI<br><br>*Dell Inc. v. AU Optronics Corporation, et al.*, No. 3:10-cv-1064 SI<br><br>*Electrograph Systems, Inc. v. AU Optronics Corporation, et al.*, No. 3:10-cv-0117 SI<br><br>*Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, No. 3:09-cv-5840 SI<br><br>*Nokia Corp. v. AU Optronics Corporation, et al.*, No. 3:09-cv-5609 SI | CLASS ACTION<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: November 7, 2012<br>Time: 2:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge: Honorable Susan Illston |

- 1 -

1   The Track 1 Direct Action Plaintiffs, including the plaintiffs in the Track 1 cases to be
2   remanded at the conclusion of pre-trial proceedings, the *Costco*, *Electrograph*, and *Motorola*
3   *Mobility* cases, and the Defendants in those actions jointly request that the Court hold a Track 1
4   Case Management Conference on November 7, 2012. The Court previously scheduled a Track 2
5   Case Management Conference at 2:00 p.m. on that day. The parties request the Court's
6   assistance in connection with some disputes that have arisen over scheduling for the Track 1
7   matters. For the Court's convenience, the parties will submit a joint Case Management Statement
8   covering both Track 1 and Track 2 matters on Friday, November 2, 2012.

9   Dated: October 31, 2012                Respectfully submitted,

                                           _/s/ Jason C. Murray_

                                           Jason C. Murray (CA Bar No. 169806)
                                           Janet I. Levine (CA Bar No. 94225)
                                           Joshua C. Stokes (CA Bar No. 220214)
                                           CROWELL & MORING LLP
                                           515 South Flower St., 40th Floor
                                           Los Angeles, CA 90071
                                           Telephone: 213-622-4750
                                           Facsimile:  213-622-2690
                                           Email: jmurray@crowell.com
                                                  jstokes@crowell.com

                                           Jeffrey H. Howard (*pro hac vice*)
                                           Jerome A. Murphy (*pro hac vice*)
                                           CROWELL & MORING LLP
                                           1001 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20004
                                           Telephone: 202-624-2500
                                           Facsimile: 202-628-5116
                                           Email: jhoward@crowell.com
                                                  jmurphy@crowell.com

                                           Kenneth L. Adams (*pro hac vice*)
                                           R. Bruce Holcomb (*pro hac vice*)
                                           Christopher T. Leonardo (*pro hac vice*)
                                           ADAMS HOLCOMB LLP
                                           1875 Eye Street NW
                                           Washington, DC 20006
                                           Telephone: 202-580-8822
                                           Facsimile: 202-580-8821
                                           Email: adams@adamsholcomb.com
                                                  holcomb@adamsholcomb.com
                                                  leonardo@adamsholcomb.com

                                           *Counsel for Plaintiff Motorola Mobility, Inc., and on
                                           behalf of the Track 1 Direct Action Plaintiffs.*

Dated: October 31, 2012

/s/ *James L. McGinnis*
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
dballard@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc., and Samsung SDI Co., Ltd., and on behalf of the Track 1 Defendants*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above listed individuals.

### [PROPOSED] ORDER

For the foregoing reasons and good cause appearing, the Court hereby sets a Case Management Conference at 2:00 p.m. on November 7, 2012 in the above captioned cases. Case Management Conference Statements covering both Track 1 and Track 2 shall be due on Friday, November 2, 2012.

_____
Hon. Susan Y. Illston
United States District Court Judge

DCACTIVE-21515228.1