HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSTCO WHOLESALE CORPORATION,

    Plaintiff,

    v.

AU OPTRONICS CORPORATION, et al.,

    Defendants.

CASE NO. C13-1207RAJ

MINUTE ORDER

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

    The clerk shall TERMINATE Plaintiff's motion to seal.  Dkt. # 527.  Plaintiff filed that motion only to satisfy the terms of a litigation agreement, and no one has offered any reason to keep the documents that are the subject of that motion under seal.  The clerk shall UNSEAL the documents that were the subject of the motion.  Dkt. ## 528, 534.

    Dated this 26th day of August, 2014.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 1