# Costco Wholesale Corporation v. AU Optronics Corporation, et al.
# C13-1207 RAJ

## TRIAL WITNESS LIST – In Order of Testimony

| Name | Date(s) Testified |
|---|---|
| Dr. Douglas Bernheim | 09-24-2014<br>09-25-2014<br>10-20-2014<br>10-21-2014 |
| Genichi Watanabe | 09-25-2014 |
| Heon Seong ("H.S.") Kim | 09-25-2014<br>09-29-2014 |
| Bock Kwon | 09-29-2014 |
| Makoto Chiba | 09-29-2014<br>09-30-2014 |
| George Chao | 09-30-2014 |
| Hong Sik ("Harry") Cho | 09-30-2014 |
| Hsueh Lung ("Brian") Lee | 09-30-2014<br>10-01-2014 |
| Do Hoi ("D.H.") Koo | 10-01-2014 |
| Chih-Chun ("C.C.") Liu | 10-01-2014 |
| Tomohito Amano | 10-01-2014<br>10-02-2014 |
| Michael Hanson | 10-02-2014 |
| Brian Graham | 10-02-2014<br>10-06-2014 |
| Wen Hong ("Amigo") Huang | 10-02-2014 |
| Kazuyoshi Nakayama | 10-02-2014<br>10-06-2014 |
| Geoffrey Shavey | 10-06-2014 |
| James Chen | 10-06-2014 |
| Katsuyuki Furujo | 10-06-2014<br>10-07-2014 |
| Sang Woo ("Stanley") Park | 10-07-2014 |
| Jeong Kwang Lee | 10-07-2014 |
| Chang Suk Chung | 10-07-2014<br>10-08-2014 |

| Name | Date(s) Testified |
|---|---|
| Adam Fontecchio | 10-08-2014 |
| Soo Chul ("S.C.") Park | 10-08-2014 |
| Dong Hun ("D.H.") Lee | 10-08-2014 |
| Chih-Hsuan ("Tim") Wang | 10-08-2014 |
| Takato Imai | 10-08-2014<br>10-09-2014 |
| Atsuhiko Tokinosu | 10-09-2014 |
| L.J. Chen | 10-09-2014 |
| David Su | 10-09-2014 |
| Seisyu Arai | 10-09-2014 |
| Joo Wan Kim | 10-09-2014 |
| Kazuhiko Yano | 10-09-2014 |
| Yuuichi Kumazawa | 10-09-2014 |
| Yasuhisa ("Happy Jack") Iida | 10-09-2014 |
| Yul Rak Sohn | 10-09-2014 |
| Hong Bum Suh | 10-09-2014<br>10-14-2014 |
| Dr. Shukri Souri | 10-14-2014 |
| Dr. Dennis Carlton | 10-14-2014<br>10-15-2014<br>10-21-2014 |
| Dean Edward Snyder | 10-16-2014 |
| Paul Semenza | 10-16-2014 |
| Michael Blashe | 10-16-2014 |
| Scott Ramirez | 10-16-2014 |
| Carl Pinto | 10-16-2014 |
| Masahiro Yakota | 10-16-2014 |
| Dr. Pierre Cremieux | 10-20-2014 |
| Timothy Farmer | 10-20-2014 |
| Claudine Adamo | 10-20-2014 |

# Costco Wholesale Corporation v. AU Optronics Corporation, et al.
# C13-1207 RAJ

## TRIAL WITNESS LIST – Alphabetical

| Name | Date(s) Testified |
| --- | --- |
| Adamo, Claudine | 10-20-2014 |
| Amano, Tomohito | 10-01-2014<br>10-02-2014 |
| Arai, Seisyu | 10-09-2014 |
| Bernheim, Dr. Douglas | 09-24-2014<br>09-25-2014<br>10-20-2014<br>10-21-2014 |
| Blashe, Michael | 10-16-2014 |
| Carlton, Dr. Dennis | 10-14-2014<br>10-15-2014<br>10-21-2014 |
| Chao, George | 09-30-2014 |
| Chen, James | 10-06-2014 |
| Chen, L.J. | 10-09-2014 |
| Chiba, Makoto | 09-29-2014<br>09-30-2014 |
| Cho, Hong Sik ("Harry") | 09-30-2014 |
| Chung, Chang Suk | 10-07-2014<br>10-08-2014 |
| Cremieux, Dr. Pierre | 10-20-2014 |
| Farmer, Tim | 10-20-2014 |
| Fontecchio, Adam | 10-08-2014 |
| Furujo, Katsuyuki | 10-06-2014<br>10-07-2014 |
| Graham, Brian | 10-02-2014<br>10-06-2014 |
| Hanson, Michael | 10-02-2014 |
| Huang, Wen Hong ("Amigo") | 10-02-2014 |
| Iida, Yasuhisa ("Happy Jack") | 10-09-2014 |

| Name | Date(s) Testified |
|---|---|
| Imai, Takato | 10-08-2014<br>10-09-2014 |
| Kim, Heon Seong ("H.S.") | 09-25-2014<br>09-29-2014 |
| Kim, Joo Wan | 10-09-2014 |
| Koo, Do Hoi ("D.H.") | 10-01-2014 |
| Kumazawa, Yuuichi | 10-09-2014 |
| Kwon, Bock | 09-29-2014 |
| Lee, Dong Hun ("D.H.") | 10-08-2014 |
| Lee, Hsueh Lung ("Brian") | 09-30-2014<br>10-01-2014 |
| Lee, Jeong Kwang | 10-07-2014 |
| Liu, Chih-Chun ("C.C.") | 10-01-2014 |
| Nakayama, Kazuyoshi | 10-02-2014<br>10-06-2014 |
| Park, Sang Woo ("Stanley") | 10-07-2014 |
| Park, Soo Chul ("S.C.") | 10-08-2014 |
| Pinto, Carl | 10-16-2014 |
| Ramirez, Scott | 10-16-2014 |
| Semenza, Paul | 10-16-2014 |
| Shavey, Geoffrey | 10-06-2014 |
| Snyder, Dr. Edward | 10-16-2014 |
| Sohn, Yul Rak | 10-09-2014 |
| Souri, Dr. Shukri | 10-14-2014 |
| Su, David | 10-09-2014 |
| Suh, Hong Bum | 10-09-2014<br>10-14-2014 |
| Tokinosu, Atsuhiko | 10-09-2014 |
| Wang, Chih-Hsuan ("Tim") | 10-08-2014 |
| Watanabe, Genichi | 09-25-2014 |
| Yakota, Masahiro | 10-16-2014 |
| Yano, Kazuhiko | 10-09-2014 |