# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER:  C13-1207RAJ |
| v. | |
| AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC., | |
| Defendants. | |

__X__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the jury's October 23, 2014 verdict and the court's June 4, 2015 findings of fact and conclusions of law, the court enters judgment for Plaintiff and against Defendants for $61,971,040.

Dated this 4th day of June, 2015.

                                                WILLIAM M. MCCOOL
                                              Clerk

                                              /s Lynn Kandziora
                                              Deputy Clerk