THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Costco Wholesale Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>AU Optronics Corporation et al.,<br><br>          Defendants. | No. 13-cv-1207-RAJ<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES AND COSTS<br><br>NOTED ON MOTION CALENDAR:<br>July 1, 2015 |

The parties hereby stipulate as follows:

WHEREAS, pursuant to the parties' previous stipulation and the Court's subsequent order, Dkt. 685, the deadline for Costco to file a motion for attorneys' fees and costs under Fed. R. Civ. P. 54(d)(2) is currently July 2, 2015.

WHEREAS, the parties continue to negotiate a stipulation that would avoid motions on the issue of Costco's fees and costs but may be unable to finalize the stipulation and a proposed order prior to the July 2 deadline.

WHEREAS, the parties stipulate and agree to extend the deadline for Costco's motions for attorneys' fees and costs to allow the parties additional time to finalize their stipulation.

STIPULATION REGARDING
MOTION DEADLINE
(No. 13-cv-1207) – 1
LEGAL126712514.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

WHEREAS, the parties further stipulate and agree that in the event they are unable to finalize a stipulation, the deadline for Costco's motions for attorneys' fees and costs should be extended until after the Court issues its final decision(s) on all post-judgment motions.

IT IS HEREBY STIPULATED AND AGREED that the deadline for Costco to file its motion for attorneys' fees and costs shall be extended until 14 days after the Court issues decisions on all post-judgment motions.

Dated: July 1, 2015

s/ Cori G. Moore
David J. Burman, WSBA No. 10611
Cori G. Moore, WSBA #28649
Eric J. Weiss, WSBA #44807
Nicholas H. Hesterberg, WSBA #41970
Steven D. Merriman, WSBA #44035
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corp.*

STIPULATION REGARDING
MOTION DEADLINE
(No. 13-cv-1207) – 2
LEGAL126712514.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

Dated: July 1, 2015

s/ Rudy A. Englund
Rudy A. Englund, WSBA #04123
Erin M. Wilson, WSBA #42454
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
E-mail:   EnglundR@LanePowell.com
          WilsonEM@LanePowell.com

s/ Brad D. Brian
Brad D. Brian (*pro hac vice*)
Susan E. Nash (*pro hac vice*)
Kyle W. Mach (*pro hac vice*)
Christopher M. Lynch (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: brad.brian@mto.com
susan.nash@mto.com
kyle.mach@mto.com
christopher.lynch@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

STIPULATION REGARDING
MOTION DEADLINE
(No. 13-cv-1207) – 3
LEGAL126712514.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

Dated: July 1, 2015

s/ David C. Lundsgaard
David C. Lundsgaard, WSBA #25448
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1143
Telephone: (206) 777.7520
Facsimile: (206) 340-9599
Email: David.Lundsgaard@millernash.com

s/ Carl L. Blumenstein
Christopher A. Nedeau (*pro hac vice*)
Carl L. Blumenstein (*pro hac vice*)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cnedeau@nossaman.com
cblumenstein@nossaman.com

*Attorneys for Defendants AU Optronics Corp. and AU Optronics Corporation America*

STIPULATION REGARDING
MOTION DEADLINE
(No. 13-cv-1207) – 4
LEGAL126712514.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Costco Wholesale Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AU Optronics et al.,<br><br>Defendants. | No. 13-cv-1207-RAJ<br><br>[PROPOSED] ORDER REGARDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS |

The Court, having considered the stipulation of the parties, and good cause appearing, orders that Costco's deadline for filing motions for attorneys' fees and costs under Fed. R. Civ. P. 54(d)(1) & (2) and Local Civil Rule 54(d) shall be extended until 14 days after the Court issues a final decision(s) on all post-judgment motions.

.

**IT IS SO ORDERED.**


DATED: _____        _____
                                     The Honorable Richard A. Jones
                                     United States District Judge

[PROPOSED] ORDER REGARDING
MOTION DEADLINE
(No. 13-cv-1207) – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

PRESENTED BY:

s/ Cori G. Moore
David J. Burman, WSBA #10611
Cori G. Moore, WSBA #28649
Eric J. Weiss, WSBA #44807
Nicholas H. Hesterberg, WSBA #41970
Steven D. Merriman, WSBA #44035
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
CGMoore@perkinscoie.com
EWeiss@perkinscoie.com
NHesterberg@perkinscoie.com
SMerriman@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corp.*

[PROPOSED] ORDER REGARDING
MOTION DEADLINE
(No. 13-cv-1207) – 6

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on July 1, 2015, I caused to be electronically filed the foregoing Stipulation and Proposed Order Regarding Deadline to File Motion for Attorneys' Fees and Costs with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of July, 2015.

                                              *s/*Cori G. Moore
                                              Cori G. Moore, #28649
                                              CGMoore@perkinscoie.com
                                              Perkins Coie LLP
                                              1201 Third Avenue, Suite 4900
                                              Seattle, WA 98101-3099
                                              Telephone: 206.359.8000
                                              Facsimile: 206.359.9000

                                              Attorneys for Plaintiff
                                              Costco Wholesale Corporation

CERTIFICATE OF SERVICE
(No. 13-cv-1207) – 7

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206.359.8000
Fax: 206.359.9000