HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COSTCO WHOLESALE CORPORATION,

Plaintiff,

v.

AU OPTRONICS CORPORATION, et al.,

Defendants.

CASE NO. C13-1207RAJ

ORDER

The court GRANTS the parties' stipulation regarding attorney fees. Dkt. # 688. Unless the court orders otherwise, Costco's motion for attorney fees and costs (or a stipulation resolving any disputes as to attorney fees and costs) shall be due no later than 14 days following the court's order on Defendants' post-judgment motion.

The court reminds the parties of its previous ruling that any dispute over attorney fees and costs will be resolved (or at least addressed in the first instance) by a special master. If the parties are unable to resolve these disputes, they should attempt to agree on either a special master or a list of potential special masters to resolve them.

DATED this 7th day of July, 2015.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1